UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>Defendant. | Case No.: 1:05cv02462 RMU<br><br>JURY TRIAL DEMANDED |

## DEMAND FOR JURY TRIAL

Plaintiff Fannie Mae hereby demands trial by jury in the above-captioned civil action as to all issues so triable.

                         Respectfully submitted,

                         /s/ Matthew Schlesinger by AML
                         Matthew J. Schlesinger, DC Bar #429689
                         REED SMITH LLP
                         1301 K Street, N.W.
                         Suite 1100 - East Tower
                         Washington, D.C. 20005-3373
                         202-414-9200
                         Fax 202-414-9299

                         Counsel for Plaintiff
                         FANNIE MAE

Dated: January 9, 2006