## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of *Plaintiff's, Federal National Mortgage Association, Amended Complaint against National Union Fire Insurance Company of Pittsburgh, PA* was served via facsimile and U.S. Mail on the 9th day of January 2006, on:

> Andrew R. Simmonds, Esq.
> D'Amato & Lynch
> 70 Pine Street
> New York, NY 10270

_____ by AML
Matthew J. Schlesinger