UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, | |
| Plaintiff, | |
| v. | Case No. 1:05-cv-02462 (RMU) |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, | The Hon. Ricardo M. Urbina |
| Defendant. | |

## CONSENT MOTION FOR EXTENSION OF TIME

Defendant National Union Fire Insurance Company of Pittsburgh, PA ("National Union"), by and through counsel, and pursuant to Fed. R. Civ. P. 6(b), move the Court for an enlargement of time to answer or otherwise respond to plaintiff's Amended Complaint. Counsel for plaintiff consents to an extension of time for National Union to file its answer or otherwise respond until, and including, February 13, 2006.

In support of this Motion, defendant states:

1. Plaintiff's original Complaint was filed with the Court on December 23, 2005. A Summons was not issued as to National Union for that Complaint.

2. Plaintiff filed an Amended Complaint on January 9, 2006. National Union agreed to accept service of the Summons and Amended Complaint on January 13, 2006. Thus,

222014.1

the current deadline for defendant's responsive pleading is February 2, 2006 and this Motion is timely.

3. Defendant and its counsel need additional time to adequately investigate and prepare their responsive pleading to plaintiff's Amended Complaint.

4. This is the first extension of time for which defendant has applied.

5. Counsel for defendant spoke with counsel for plaintiff on January 24, 2006, at which time counsel for plaintiff consented to the requested enlargement of time.

6. The Consent Motion is not intended to delay the proceedings of this matter.

WHEREFORE, defendant National Union respectfully moves the Court for an Order granting the Consent Motion and extending National Union's time to respond to plaintiff's Amended Complaint to February 13, 2006.

                Respectfully submitted,

                WILSON, ELSER, MOSKOWITZ,
                EDELMAN & DICKER LLP

Dated: January 25, 2006        /s/
                Paul D. Krause, Esquire (D.C. Bar No. 222069)
                Robert B. Wallace, Esquire (D.C. Bar No. 108571)
                1341 G Street, N.W.
                Suite 500
                Washington, D.C. 20005
                (202) 626-7660
                Fax (202) 628-3606

                *Counsel for Defendant, National Union Fire*
                *Insurance Company of Pittsburgh, PA*

222014.1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Motion for Extension of Time and Proposed Order was sent, via electronic filing, on the 25th day of January 2006, to

> Matthew Schlesinger, Esquire
> Reed Smith, LLP
> 1301 K Street, N.W.
> Suite 1100 – East Tower
> Washington, D.C. 20005-3323

_____
Kevin P. Farrell