# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, | |
| Plaintiff, | |
| v. | Case No. 1:05-cv-02462 (RMU) |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, | The Hon. Ricardo M. Urbina |
| Defendant. | |

## CONSENT MOTION FOR EXTENSION OF TIME

Defendant National Union Fire Insurance Company of Pittsburgh, PA ("National Union"), by and through counsel, and pursuant to Fed. R. Civ. P. 6(b), and with the consent of plaintiff moves the Court for an enlargement of time to answer or otherwise respond to plaintiff's Amended Complaint. Defendant seeks this extension of time for National Union to file its answer or otherwise respond until, and including, February 27, 2006.

In support of this Motion, defendant states:

1.      Plaintiff's original Complaint was filed with the Court on December 23, 2005. A Summons was not issued as to National Union for that Complaint.

2.      Plaintiff filed an Amended Complaint on January 9, 2006. National Union agreed to accept service of the Summons and Amended Complaint on January 13, 2006. Thus, the original deadline for defendant's responsive pleading was February 2, 2006.

3.      On January 25, 2006, with the consent of Plaintiff, National Union requested an extension of time of eleven days to respond to the complaint.  This Court granted the request for an extension of time up and including February 13, 2006.

4.      Defendant and its counsel request additional time to respond to Plaintiff's Amended complaint, this was caused by an illness and hospitalization of the counsel who was preparing the responsive pleadings, furthermore the documents that relate to coverage and possible affirmative defenses are voluminous.

5.      This is the second extension of time for which defendant has applied.

6.      Counsel for defendant spoke with counsel for plaintiff on February 7, 2006, and plaintiffs' counsel advised the undersigned on February 8, 2006 that plaintiff consented to the requested enlargement of time.

7.      The Consent Motion is not intended to delay and should not delay the proceedings in this matter.

WHEREFORE, defendant National Union respectfully moves the Court for an Order granting the Consent Motion and extending National Union's time to respond to plaintiff's Amended Complaint to February 27, 2006.

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

Dated:  February 8, 2006

_____/s/_____
Paul D. Krause, Esquire (D.C. Bar No. 222069)
Robert B. Wallace, Esquire (D.C. Bar No.108571)
1341 G Street, N.W.
Suite 500
Washington, D.C.  20005
(202) 626-7660
Fax (202) 628-3606

**Counsel for Defendant, National Union Fire
Insurance Company of Pittsburgh, PA**

2

222014.2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Consent Motion for Extension of Time and Proposed Order was sent, via electronic filing, on the 8th day of February 2006, to

> Matthew Schlesinger, Esquire
> Reed Smith, LLP
> 1301 K Street, N.W.
> Suite 1100 – East Tower
> Washington, D.C. 20005-3323


                                             /s/
                                  Robert B. Wallace

222014.2