UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, <br><br> Defendant. | Case No. 1:05-cv-02462 (RMU) <br><br> The Hon. Ricardo M. Urbina |

## ORDER

Upon consideration of National Union Fire Insurance Company of Pittsburgh, PA's ("National Union") Consent Motion for an Extension of Time, and for good cause, it is this _____ day of February 2006, hereby

**ORDERED** that defendant National Union's Consent Motion for Extension of Time is **GRANTED**; and it is further

**ORDERED** that defendant National Union has until, and including, February 27, 2006 to respond to plaintiff's Amended Complaint.

_____
The Honorable Ricardo M. Urbina
United States District Judge

222014.2

Copies to:

Paul D. Krause, Esq.
Robert B. Wallace, Esq.
Wilson, Elser, Moskowitz, Edelman
 & Dicker, LLP
The Colorado Building
1341 G Street, N.W.
Suite 500
Washington, D.C. 20005


Matthew Schlesinger, Esq.
Reed Smith, LLP
1301 K Street, N.W.
Suite 1100 – East Tower
Washington, D.C. 20005-3323