IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>and<br><br>ACE AMERICAN INSURANCE COMPANY,<br><br>Defendants. | Case No.: 1:05cv02462 RMU<br><br>The Hon. Ricardo M. Urbina |

## ORDER

Upon consideration of the motion of Federal National Mortgage Association for leave to amend its First Amended Complaint, and for good cause, it is this 28th day of February 2006, hereby:

**ORDERED** that Plaintiff's Motion for Leave to Amend the First Amended Complaint is **GRANTED**; and it is hereby

**FURTHER ORDERED** that the Second Amended Complaint shall be deemed filed as of the date that this Order is entered on the docket.

_____
The Honorable Ricardo M. Urbina
United States District Judge

- 2 -

Copies to:

Andrew R. Simmonds, Esq.
D'Amato & Lynch
70 Pine Street
New York, NY  10270

Paul D. Krause, Esq.
Robert B. Wallace, Esq.
Wilson, Elser, Moskowitz, Edelman
 & Dicker, LLP
The Colorado Building
1341 G Street, N.W.
Suite 500
Washington, D.C.  20005

Matthew J. Schlesinger, Esq.
Edward J. McAndrew, Esq.
Reed Smith LLP
1301 K Street, N.W.
Suite 1100 - East Tower
Washington, D.C.  20005-3373