UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, | |
| Plaintiff, | |
| v. | Case No. 1:05-cv-02462 (RMU) |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, | The Hon. Ricardo M. Urbina |
| Defendant. | |

**<u>DEFENDANT'S DISCLOSURE OF CORPORATE AFFILIATIONS
AND FINANCIAL INTERESTS</u>**

Pursuant to Local Rule 7.1, Defendant National Union Fire Insurance Company of Pittsburgh, PA ("National Union"), by and through undersigned counsel, sets forth its Disclosure of Corporate Affiliations and Financial Interests.

I, the undersigned counsel of record for National Union, certifies that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of National Union which have any outstanding securities in the hands of the public:

1. National Union is a wholly owned subsidiary of American International Group.

2. American International Group is a publicly traded company, and no other subsidiaries or affiliates of National Union have any outstanding securities in the hands of the public.

225227.1

These representations are made in order that judges of this court may determine the need for recusal.

                                      Respectfully submitted,

                                      WILSON, ELSER, MOSKOWITZ,
                                      EDELMAN & DICKER LLP

Dated: February 28, 2006                    /s/
                                      Paul D. Krause, Esquire (D.C. Bar No. 222069)
                                      Robert B. Wallace, Esquire (D.C. Bar No.108571)
                                      1341 G Street, N.W.
                                      Suite 500
                                      Washington, D.C. 20005
                                      (202) 626-7660
                                      Fax (202) 628-3606

                                      ***Counsel for Defendant, National Union Fire***
                                      ***Insurance Company of Pittsburgh, PA***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of **Defendant's Disclosure of Corporate Affiliations and Financial Interests** was sent, via electronic filing, on the 28th day of February 2006, to

>Matthew Schlesinger, Esquire
>Reed Smith, LLP
>1301 K Street, N.W.
>Suite 1100 – East Tower
>Washington, D.C. 20005-3323


>              /s/
>         Robert B. Wallace