# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
DISTRICT COURT OF COLUMBIA

FEDERAL NATIONAL MORTGAGE ASSOCIATION,

Plaintiff(s)/Petitioner(s)

- against -

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, AND
ACE AMERICAN INSURANCE COMPANY,

Defendant(s)/Respondent(s)

INDEX #: 05CV02462 RMU
DATE FILED: 03/15/2006
ATTORNEY FILE #: 882662/6004

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

CANDIDO GONZALEZ, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on 03/16/2006, 03:55PM at 140 BROADWAY, 41ST FLOOR, NEW YORK NY 10005, deponent served the within SUMMONS IN A CIVIL CASE & SECOND AMENDED COMPLAINT on ACE AMERICAN INSURANCE COMPANY, a defendant in the above action.

By delivering to and leaving with MARLA DAVIS at the above address and that he knew the person so served to be the managing agent of the corporation.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex F    Approximate age 27    Approximate height 5'05"    Approximate weight 140    Color of skin BLACK    Color of hair BROWN

REED SMITH LLP

599 LEXINGTON AVENUE
29TH FLOOR
NEW YORK, NY 10022
(212)521-5400

CANDIDO GONZALEZ    License # 1138037

Sworn to before me on 03/17/2006
MAUREEN MCCAFFREY NO.01MC5018583
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES OCTOBER 4, 2009

APPLE ATTORNEY SERVICE, PO BOX 470, MINEOLA NY 11501-0470
Phone: 516-742-0077 * Fax: 516-742-4726