A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

FEDERAL NATIONAL MORTGAGE ASSOCIATION )
        Plaintiff(s) )
    )
    )
    vs. )
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA )
        Defendant(s) )

**APPEARANCE**

CASE NUMBER    1:05-cv-02462-RMU

To the Clerk of this court and all parties of record:

Please enter the appearance of __Allison M. Lefrak__ as counsel in this
               (Attorney's Name)

case for: __FEDERAL NATIONAL MORTGAGE ASSOCIATION__
        (Name of party or parties)

APRIL 6, 2006
Date

485650
BAR IDENTIFICATION

_[Signature]_
Signature

Allison M. Lefrak
Print Name

REED SMITH LLP
East Tower, Suite 1100
Address

Washington, DC 20005
City    State    Zip Code

(202) 414-9290
Phone Number

alefrak@reedsmith.com
Email Address