AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

FEDERAL NATIONAL MORTGAGE ASSOCIATION )
    Plaintiff(s) )
)
)
vs. )    CASE NUMBER    1:05-cv-02462-RMU
NATIONAL UNION FIRE INSURANCE )
COMPANY OF PITTSBURGH, PA )
    Defendant(s) )

**APPEARANCE**

To the Clerk of this court and all parties of record:

Please enter the appearance of **Allison M. Lefrak** as counsel in this
(Attorney's Name)

case for: **FEDERAL NATIONAL MORTGAGE ASSOCIATION**
(Name of party or parties)

APRIL 6, 2006
Date

Signature
Allison M. Lefrak
Print Name
REED SMITH LLP

485650
BAR IDENTIFICATION

East Tower, Suite 1100
Address

Washington, DC 20005
City    State    Zip Code

(202) 414-9290
Phone Number

alefrak@reedsmith.com
Email Address