UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **FEDERAL NATIONAL MORTGAGE ASSOCIATION,** ) <br> ) <br> *Plaintiff,* ) <br> ) <br> v. ) <br> ) <br> **NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA,** *et al.*, ) <br> ) <br> *Defendants.* ) | Civil Action No. 05-CV-2462 RMU |

<u>**LCvR 7.1 CERTIFICATE OF DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS OF DEFENDANT ACE AMERICAN INSURANCE COMPANY**</u>

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record Defendant, ACE American Insurance Company ("ACE"), certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of ACE which have any outstanding securities in the hands of the public:

- Ace American Insurance Company is a wholly owned subsidiary of ACE Limited, the ultimate parent and the only publicly traded company (NYSE: ACE).

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record for ACE.

2

By:   DRINKER BIDDLE & REATH LLP

/s/ Alan J. Joaquin
Alan J. Joaquin (# 446276)
1500 K Street, N.W.
Suite 1100
Washington, D.C.  20005
Tel.: (202) 842-8800
Facsimile: (202) 842-8465

*Attorney for Defendant ACE American Insurance Company*

<u>CERTIFICATE OF SERVICE</u>

 I hereby certify that the foregoing LCvR 7.1 Certificate of Disclosure of Corporate Affiliations and Financial Interests of Defendant Ace American Insurance Company was delivered by First Class mail on this 14th day of July to:

   Matthew J. Schlesinger
   REED SMITH, LLP
   1301 K Street, NW
   Suite 1100 East Tower
   Washington, DC 20005

   Edward J. McAndrew
   REED SMITH, LLP
   Two Embarcadero Center
   Suite 2000
   San Francisco, CA 94111

   Paul D. Krause
   Robert Bruce Wallace
   WILSON ELSER MOSKOWITZ
   EDELMAN & DICKER, LLP
   1341 G Street, NW
   Suite 500
   Washington, DC 20005-3105

         <u>s/ Alison M. Jarandeh</u>
         Alison M. Jarandeh