UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| **FEDERAL NATIONAL MORTGAGE ASSOCIATION,** | ) ) ) | |
| *Plaintiff,* | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2462 RMU |
| **NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA,** *et al.,* | ) ) ) ) | |
| *Defendants.* | ) | |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please note the withdrawal of Brooke E. McDonough as counsel in this case for Defendant Ace American Insurance Company.

Respectfully submitted,

Dated: July 14, 2006

/s/ Alan J. Joaquin
Alan J. Joaquin (DC#446276 )
DRINKER BIDDLE & REATH
1500 K Street N.W.
Suite 1100
Washington, D.C. 20005
(202) 842-8800
Fax (202) 842-8465

*Attorneys for ACE American Insurance Company*

DC\561263\1

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing Withdrawal of Appearance was delivered by first class mail on this 14th day of July 2006 to:

Matthew J. Schlesinger
REED SMITH, LLP
1301 K Street, NW
Suite 1100 East Tower
Washington, DC 20005

Edward J. McAndrew
REED SMITH, LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111

Paul D. Krause
Robert Bruce Wallace
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP
1341 G Street, NW
Suite 500
Washington, DC 20005-3105

                                      /s/ Alison M. Jarandeh