AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Federal National Mortgage Association,
)
        Plaintiff(s)      )    **APPEARANCE**
)
)
        vs.      )    CASE NUMBER   1:05-cv-02462 (RMU)
National Union Fire Insurance Company )
of Pittsburgh, P.A., et al.  )
        Defendant(s)  )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Kevin Patrick Farrell   as counsel in this
                              (Attorney's Name)

case for:   National Union Fire Insurance Company of Pittsburgh, P.A.
                (Name of party or parties)

August 21, 2006
Date

*(signature)*
Signature

492142
BAR IDENTIFICATION

Kevin Patrick Farrell
Print Name

1341 G Street, N.W., Suite 500
Address

Washington, D.C.   20005
City   State   Zip Code

(202) 626-7660
Phone Number