**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

Civil Division

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, | |
| Plaintiff, | |
| v. | Case No. 1:05-cv-02462 (RMU) |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, *et al.*, | Hon. Ricardo M. Urbina |
| Defendants. | |

**PLAINTIFF'S PROPOSED SCHEDULING ORDER**

On August 29, 2006, the parties appeared before the Court for an Initial Status Hearing.

Upon consideration of the statements of counsel made at the Initial Status Hearing and the Joint Local Civil Rule 16.3 Report filed by the parties on August 22, 2006, it is hereby

ORDERED that the following procedural rulings and deadlines shall govern, unless modified by further Order of the Court:

| | |
|---|---|
| Provision for Rule 26(a)(1) Disclosures | Waived |
| Plaintiff and each defendant shall be permitted to propound interrogatories, requests for production of documents, and requests for admission (collectively "written discovery") in accordance with the Federal Rules of Civil Procedure. | |
| Deadline for completing written discovery (Note: all written discovery must be served to the responding party 30 days in advance of the deadline) | November 10, 2007 |

- 2 -

Plaintiff shall be permitted to take up to 10 depositions (excluding experts). Defendants (collectively) shall be permitted to take up to 10 depositions (excluding experts). Each deposition shall be completed within 7 hours unless otherwise ordered by the Court or agreed to by all parties.

| | |
|---|---|
| Deadline for deposing fact witnesses | December 31, 2006 |
| Plaintiff's and Defendants' Rule 26(a)(2) disclosures of experts and reports | February 2, 2007 |
| Plaintiff's and Defendants rebuttal Rule 26 (a)(2) disclosures of experts and reports. | March 2, 2007 |
| Deadline for deposing experts | April 6, 2007 |
| Interim Status Conference | April 15, 2007 |
| Deadline for filing dispositive motions | May 4, 2007 |
| Deadline for filing oppositions to dispositive motions | June 1, 2007 |
| Deadline for filing replies to dispositive motions | June 15, 2007 |
| Pretrial Conference | July 29, 2007 |
| Trial | October, 2007 |

Ricardo M. Urbina
United States District Judge