UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Division

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, *et al.*,<br><br>Defendants. | Case No. 1:05-cv-02462 (RMU)<br><br>Hon. Ricardo M. Urbina |

## DEFENDANTS' PROPOSED SCHEDULING ORDER

On August 29, 2006, the parties appeared before the Court for an Initial Status Hearing.

Upon consideration of the statements of counsel made at the Initial Status Hearing and the Joint Local Civil Rule 16.3 Report filed by the parties on August 22, 2006, it is hereby

ORDERED that the following procedural rulings and deadlines shall govern, unless modified by further Order of the Court:

| | |
|---|---|
| Provision for Rule 26(a)(1) Disclosures | Waived |
| Deadline for joining parties or amending pleadings | September 30, 2006 |
| Plaintiff and each defendant shall be permitted to propound interrogatories, and requests for production of documents, (collectively "written discovery") in accordance with the Federal Rules of Civil Procedure, except that parties shall be entitled to serve up to 50 interrogatories. | |

| | |
|---|---|
| Deadline for completing written discovery (Note: all written discovery must be served to the responding party 30 days in advance of the deadline) | March 15, 2007 |
| Each side shall be permitted to take no more than 20 depositions (excluding experts). Each deposition shall be completed within 7 hours unless otherwise ordered by the Court. | |
| Deadline for deposing fact witnesses | April 15, 2007 |
| Deadline for serving Requests for Admission | April 16, 2007 |
| Deadline for responding to Requests for Admission | May 15, 2007 |
| Plaintiff's Rule 26(a)(2) disclosures of experts and reports | May 15, 2007 |
| Defendant's Rule 26(a)(2) disclosure of experts and reports | June 30, 2007 |
| Plaintiff's rebuttal Rule 26(a)(2) disclosures of experts and reports | June 31, 2007 |
| Deadline for deposing experts | October 15, 2007 |
| Interim Status Conference | October 17, 2007 |
| Deadline for filing dispositive motions | November 9, 2007 |
| Deadline for filing oppositions to dispositive motions | December 10, 2007 |
| Deadline for filing replies to dispositive motions | December 31, 2007 |
| Pretrial Conference | January 15, 2008 |

_____
Ricardo M. Urbina
United States District Judge