UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Division

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, *et al.*,<br><br>Defendants. | Case No. 1:05-cv-02462 (RMU)<br><br>The Hon. Ricardo M. Urbina |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to United States District Court for the District of Columbia Rule 83.2(d), Robert B. Wallace, counsel for Defendant National Union Fire Insurance Company of Pittsburgh, PA ("National Union"), respectfully moves this Court for an Order, entering the appearance of Ronald Alenstein, *pro hac vice*, on behalf of the defendant National Union in the above-captioned matter. As grounds for this Motion, National Union proffers the following:

1. Counsel for the plaintiff consented to this Motion.

2. Pursuant to the United States District Court for the District of Columbia Rule 83.2(d), attached as Exhibit 1 is an Affirmation signed by Ronald H. Alenstein, including all requisite information.

WHEREFORE, the Defendant National Union respectfully moves this Court to enter the attached Order, entering the appearance of Ronald Alenstein, *pro hac vice*.

240053.1

                                      Respectfully submitted,

                                      WILSON, ELSER, MOSKOWITZ,
                                      EDELMAN & DICKER LLP

Dated: August 25, 2006                    /s/ Robert B. Wallace
                                      Paul D. Krause, Esq. (Bar No. 222069)
                                      Robert B. Wallace, Esq. (Bar No. 108571)
                                      1341 G Street, N.W.
                                      Suite 500
                                      Washington, D.C. 20005
                                      (202) 626-7660
                                      Fax (202) 628-3606

                                      ***Counsel for Defendant, National Union***
                                      ***Fire Insurance Company of Pittsburgh, PA***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Consent Motion to Appear *Pro Hac Vice*, Memorandum of Points and Authorities in Support of Consent Motion for Admission Pro Hac Vice, Affirmation of Ronald Alenstein and proposed Order was sent, via electric filing, on this 25th day of August 2006 to:

>Matthew Schlesinger, Esquire
>Reed Smith LLP
>1301 K Street, N.W.
>Suite 1100 – East Tower
>Washington, D.C. 20005-3323
>
>Alan Joaquin, Esquire
>Drinker Biddle & Reath
>1500 K Street, N.W.
>Suite 1100
>Washington, D.C. 20005

>_____/s/_____
>Robert B. Wallace

240053.1