UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Division

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, | : |
| Plaintiff, | : Case No. 1:05-cv-02462 (RMU) |
| v. | : The Hon. Ricardo M. Urbina |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, *et al.*, | : |
| Defendants. | : |

### AFFIRMATION OF RONALD H. ALENSTEIN

I, Ronald H. Alenstein, do solemnly affirm under penalties of perjury that:

1. I am a member of the law firm of D'Amato & Lynch, 70 Pine Street, New York, New York 10270. The telephone number of D'Amato & Lynch is (212) 269-0927. My direct dial number is (212) 909-2087.

2. I am a member in good standing of the bar of the highest Court of the State of New York. I am also a member in good standing of the bars of the following Courts:

   a) United States Supreme Court;

   b) United States Court of Appeals for the Second Circuit;

   c) United States Court of Appeals for the Federal Circuit;

   d) United States District Court for the Southern District of New York;



  e)  United States District Court for the Eastern District of New York; and

  f)  United States District Court for the Northern District of New York.

3.  I have never been disciplined by the bar of any of the above Courts, and there are no disciplinary complaints pending against me.

4.  I have not been admitted pro hac vice in this Court within the last two years.

5.  I acknowledge the jurisdiction of the Federal Court of the District of Columbia over my professional conduct, and I agree to be bound by the United States District Court for the District of Columbia's Rules of Professional Conduct, in this matter, if I am admitted pro hac vice.

_____
Ronald H. Alenstein

_____
August 23, 2006
Date

2