UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Division

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, *et al*,<br><br>Defendants. | Case No. 1:05-cv-02462 (RMU)<br><br>The Hon. Ricardo M. Urbina |

## ORDER

UPON consideration of the Consent Motion for Admission Pro Hac Vice and any opposition thereto;

IT IS ORDERED that Ronald H. Alenstein, Esq., be and the same is hereby admitted to practice before this Court *Pro Hac Vice* in the above-captioned matter.

ENTERED this _____ day of _____, 2005.


_____
Judge Ricardo M. Urbina

240053.1

EXHIBIT 2

Copies to:

Paul D. Krause, Esquire
Robert B. Wallace, Esquire
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
1341 G Street, N.W.
Suite 500
Washington, D.C. 20005

Matthew Schlesinger, Esquire
Reed Smith LLP
1301 K Street, N.W.
Suite 1100 – East Tower
Washington, D.C. 20005-3323

Alan Joaquin, Esquire
Drinker Biddle & Reath
1500 K Street, N.W.
Suite 1100
Washington, D.C. 20005

240053.1