IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATIONAL UNION FIRE INSURANCE COMPANY )<br>OF PITTSBURGH, PA, )<br>)<br>and )<br>)<br>ACE AMERICAN INSURANCE COMPANY, )<br>)<br>Defendants. )<br>) | Case No.: 1:05-cv-02462 (RMU)<br>Judge Ricardo M. Urbina |

## NOTICE OF WITHDRAWAL

Pursuant to Local Civil Rule 83.6, Edward J. McAndrew hereby notifies the Court and all parties of the withdrawal of his appearance as counsel for Plaintiff Federal National Mortgage Association ("Fannie Mae") in this action. Fannie Mae will continue to be represented in this matter by Matthew J. Schlesinger, Esq. No trial date has been set in this action.

                                                         Respectfully submitted,

                                                     _____/s/_____
                                                     Matthew J. Schlesinger, Esq.
                                                        (D.C. Bar No . 429689)
                                                     Edward J. McAndrew, Esq.
                                                        (D.C. Bar No. 457227)
                                                     REED SMITH LLP
                                                     1301 K Street, N.W.
                                                     Suite 1100 – East Tower
                                                     Washington, D.C. 20005
                                                     (202) 414-9200
                                                     Fax (202) 414-9299

                                                     Counsel for Plaintiff
                                                     Fannie Mae


For Plaintiff Fannie Mae

_____/s/_____
Evan S. Stolove, Esq.
Associate General Counsel


Dated:  September 25, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Notice of Withdrawal was served, via electronic filing, on the 25th day of September 2006, on:

>Robert B. Wallace, Esq.
>Wilson, Elser, Moskowitz, Edelman & Dicker LLP
>1341 F Street, N.W.
>Suite 500
>Washington, D.C. 20005
>
>Alan J. Joaquin, Esq.
>Drinker, Biddle & Reath
>1500 K Street, N.W.
>Suite 1100
>Washington, D.C. 20005

_____/s/_____
Edward J. McAndrew