# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) Case No.: 1:05-cv-02462 (RMU) <br> ) Judge Ricardo M. Urbina |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, | ) <br> ) <br> ) |
| and | ) <br> ) |
| ACE AMERICAN INSURANCE COMPANY, | ) <br> ) |
| Defendants. | ) <br> ) |

## NOTICE OF APPEARANCE

Pursuant to Local Civil Rule 83.6, Jacqueline E. Bennett hereby notifies the Court and all parties of the entry of her appearance as additional counsel along with Matthew J. Schlesinger, Esq. and Allison M. Lefrak, Esq. for Plaintiff Federal National Mortgage Association ("Fannie Mae") in this action. No trial date has been set in this action.

Respectfully submitted,

  /s/ Jacqueline E. Bennett
Matthew J. Schlesinger, Esq.
(D.C. Bar No . 429689)
Allison M. Lefrak
(D.C. Bar. No. 485650)
Jacqueline E. Bennett, Esq.
(D.C. Bar No. 474355)
REED SMITH LLP
1301 K Street, N.W.
Suite 1100 – East Tower

Washington, D.C. 20005
(202) 414-9200
Fax (202) 414-9299
Counsel for Plaintiff Fannie Mae

Dated: October 5, 2006

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this Notice of Appearance was served, via electronic filing, on the 5th day of October 2006, on:

>Robert B. Wallace, Esq.
>Wilson, Elser, Moskowitz,
>Edelman & Dicker LLP
>1341 F Street, N.W.
>Suite 500
>Washington, D.C. 20005
>
>Alan J. Joaquin, Esq.
>Drinker, Biddle & Reath
>1500 K Street, N.W.
>Suite 1100
>Washington, D.C. 20005

                                           /s/ Jacqueline E. Bennett
                                         Jacqueline E. Bennett