IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>    Plaintiff,<br><br>  v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>and<br><br>ACE AMERICAN INSURANCE COMPANY,<br><br>    Defendants. | Case No.:  1:05cv02462 RMU |

**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

Plaintiff Federal National Mortgage Association ("Fannie Mae"), and Defendants ACE American Insurance Company ("ACE") and National Union Fire Insurance Company of Pittsburgh, PA ("National Union") (collectively, "the Parties"), through counsel, jointly request that the Court enter the attached Stipulated Protective Order governing confidentiality of documents and information in this matter.  In support of this Motion, the Parties state as follows:

1. The Parties agree that this litigation will involve the exchange of information deemed to be confidential, due to its nature as proprietary, commercial, or otherwise non-public information.

2. The Parties have agreed to be bound by the terms of the Stipulated Protective Order.

- 2 -

3. In light of the foregoing, the Parties jointly request that the Court enter the Stipulated Protective Order.

Respectfully submitted,

/s/
Matthew J. Schlesinger, DC Bar #429689
Jacqueline E. Bennett DC Bar #474355
Allison M. Lefrak, DC Bar #485650
REED SMITH LLP
1301 K Street, N.W.
Suite 1100 - East Tower
Washington, D.C. 20005-3373
202-414-9200
Fax 202-414-9299
Counsel for Plaintiff
FANNIE MAE

/s/
Robert Bruce Wallace, DC Bar #108571
Wilson, Elser, Moskowitz, Edelman
 & Dicker LLP
Colorado Building
1341 G Street, NW, 5th Floor
Washington, DC  20005-3105
Counsel for Defendant
NATIONAL UNION

/s/
Alan J. Joaquin, DC Bar #446276
Drinker Biddle & Reath
Suite 1100
1500 K Street, NW
Washington, DC 20005
Counsel for Defendant
ACE AMERICAN INSURANCE
COMPANY

Dated: October 5, 2006

<pre>

- 3 -

Case 1:05-cv-02462-RMU-AK    Document 25    Filed 10/05/2006    Page 3 of 4

</pre>

**CERTIFICATE OF SERVICE**

I certify that on this 5th day of October 2006, the foregoing Joint Motion for Entry of Stipulated Protective Order was sent to National Union Fire Insurance Company of Pittsburgh and ACE American Insurance Company, via electronic mail and first-class mail, to:

>Robert Bruce Wallace, Esq.
>Wilson, Elser, Moskowitz, Edelman
> & Dicker LLP
>Colorado Building
>1341 G Street, NW, 5th Floor
>Washington, DC  20005-3105
>
>Alan J. Joaquin, Esq.
>Drinker Biddle & Reath
>Suite 1100
>1500 K Street, NW
>Washington, DC 20005

>                    /s/
>Matthew J. Schlesinger