UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>        Plaintiff,<br><br>    v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>        Defendant. | Case No.:  1:05cv02462 RMU |

**PLAINTIFF, FEDERAL NATIONAL MORTGAGE ASSOCIATION'S,
AMENDED MANDATORY CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia, we the undersigned counsel of record for Plaintiff Federal National Mortgage Association ("Fannie Mae"), certify that to the best of our knowledge and belief that Barclays PLC, a publicly owned company, and Barclays Global Investors UK Holdings Ltd., a subsidiary of Barclays PLC, held a combined share in excess of ten percent of Fannie Mae's outstanding stock as of June 30, 2006.

                                                            Respectfully submitted,

                                                            /s/  Allison Lefrak
                                                            Matthew J. Schlesinger, DC Bar #429689
                                                            Jacqueline E. Bennett, DC Bar #474355
                                                            Allison M. Lefrak, DC Bar #485650
                                                            REED SMITH LLP
                                                            1301 K Street, N.W.
                                                            Suite 1100 - East Tower

                Washington, D.C. 20005-3373
                202-414-9200
                Fax 202-414-9299

                Attorney of Record for Plaintiff

**CERTIFICATE OF SERVICE**

I certify that on this 30th day of October 2006, the foregoing Federal National Mortgage Association's Amended Mandatory Corporate Disclosure Statement was sent, via electronic mail and U.S. Mail, to:

>Robert Bruce Wallace, Esq.
>Wilson, Elser, Moskowitz, Edelman
> & Dicker LLP
>Colorado Building
>1341 G Street, NW, 5th Floor
>Washington, DC  20005-3105

>Alan J. Joaquin, Esq.
>Drinker Biddle & Reath
>Suite 1100
>1500 K Street, NW
>Washington, DC 20005

>/s/  Allison Lefrak
>  Allison M. Lefrak