UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, *et al.* <br><br> Defendant. | Case No. 1:05-cv-02462 (RMU) <br><br> The Hon. Ricardo M. Urbina |

### JOINT MOTION TO AMEND SCHEDULING ORDER

COME NOW the parties, Federal National Mortgage Association, National Union Fire Insurance Company of Pittsburgh, PA, and ACE American Insurance Company, Inc., through their respective counsel, and jointly move the Court for an Order Amending Scheduling Order.

In support of this Joint Motion, and as grounds thereof, and pursuant to paragraph 5 of the Court's Standing Order, the parties state as follows:

a)  This Motion is filed at least four days prior to the deadline the motion is seeking to extend; and

b)  (i)  No previous extensions of time to complete discovery have been sought;

(ii)  Good cause exists for the requested extension because the parties have diligently pursued discovery in this action. Interrogatories and Requests for Production have been served and responded to by all parties, and Request for Admission were served by Fannie Mae on both defendants, to which responses were served. Thousands of documents have been

252301.1

exchanged. Some depositions have been completed. While both sides have addressed what they believe are deficiencies in the discovery responses they received, the parties are working together, and have completed "meet and confers" in attempt to resolve discovery disputes short of motion practice. Despite all of these efforts, the parties agree that all necessary discovery cannot be completed before the current deadline of February 2, 2007 for expert disclosures. No party will be prejudiced by this extension.

      (iii)    The granting of this Joint Motion for Extension of Time will change all existing deadlines by approximately six weeks.

      (iv)    The parties have agreed to the briefing schedule described below.

      (v)    All parties agree to the proposed amendments to the Scheduling Order.

| | |
|---|---|
| Plaintiff's and Defendants' Rule 26(a)(2)(B) Statement | March 16, 2007 |
| Plaintiff's and Defendants' Rebuttal 26(a)(2)(B) Statement | April 13, 2007 |
| Close of Discovery (including Requests for Admission) | May 22, 2007 |
| Interim Status Hearing | May 29, 2007 |
| Dispositive Motions | June 15, 2007 |
| Opposition to Dispositive Motions | July 13, 2007 |
| Replies to Dispositive Motions | August 3, 2007 |

At this time, it is anticipated that no further extensions to the discovery schedule will be necessary.

252301.1

WHEREFORE, all parties to this action respectfully request this Honorable Court grant the instant Motion to Amend the Scheduling Order, and for such other and further relief as to this Court may seem just and proper.

Dated: January 24, 2007

Respectfully submitted,

/s/
_____
Paul D. Krause, Esquire (D.C. Bar No. 222069)
Robert B. Wallace, Esquire (D.C. Bar No.108571)
Wilson Elser, LLP
1341 G Street, N.W.
Suite 500
Washington, D.C. 20005
(202) 626-7660
Fax (202) 628-3606
*Counsel for Defendant, National Union Fire Insurance Company of Pittsburgh, PA*

/s/
_____
Matthew Schlesinger, Esquire (D.C. Bar No. 429689)
Jacqueline E. Bennett (D.C. Bar No. 474355)
Reed Smith, LLP
1301 K Street, N.W.
Suite 1100 – East Tower
Washington, D.C. 20005-3323
*Counsel for Federal National Mortgage Association*

/s/
_____
Alan Joaquin, Esquire
Drinker Biddle & Reath
1500 K Street, N.W.
Suite 1100
Washington, D.C. 20005
  *Counsel for ACE American Insurance Company, Inc.*

252301.1

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of **Joint Motion to Amend Scheduling Order** was sent, via electronic filing, on the 24th day of January 2007, to

      Matthew Schlesinger, Esquire
      Reed Smith, LLP
      1301 K Street, N.W.
      Suite 1100 – East Tower
      Washington, D.C. 20005-3323

      Alan Joaquin, Esquire
      Drinker Biddle & Reath
      1500 K Street, N.W.
      Suite 1100
      Washington, D.C. 20005

                                                      /s/
                                        Robert B. Wallace