**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>            Plaintiff,<br><br>    v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>and<br><br>ACE AMERICAN INSURANCE COMPANY,<br><br>         Defendants. | Case No.:  1:05cv02462 RMU |

## <u>NOTICE OF APPEARANCE</u>

Sir/Madam Clerk:

      Please enter the appearance of A. Daniel Ullman II, Esquire of the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP as counsel for the Defendant, National Union Fire Insurance Company of Pittsburgh, PA, in the above-captioned matter.

259778.1

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP


 /s/ A. Daniel Ullman II
Paul D. Krause, Esq. (Bar No. 222069)
Robert B. Wallace, Esq. (Bar No.108571)
Kevin P. Farrell, Esq. (Bar No. 492142)
A. Daniel Ullman II, Esq. (Bar No. 459500)
1341 G Street, N.W.
Suite 500
Washington, D.C.  20005
Telephone:  (202) 626-7660
Facsimile:  (202) 628-3606

*Counsel for Defendant, National Union
Fire Insurance Company of Pittsburgh, PA*

- 2 -

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of **Notice of Appearance** was sent, via electronic filing, on this the 1st day of May, 2007 to:

Matthew Schlesinger, Esquire
Reed Smith, LLP
1301 K Street, N.W.
Suite 1100 – East Tower
Washington, D.C. 20005-3323

Alan J. Joaquin, Esq.
Drinker, Biddle & Reath
1500 K Street, N.W.
Suite 1100
Washington, DC 20005

 /s/ A. Daniel Ullman II
A. Daniel Ullman II, Esq.

259778.1