IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FEDERAL NATIONAL MORTGAGE ASSOCIATION,

   Plaintiff,

   v.

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,

and

ACE AMERICAN INSURANCE COMPANY,

   Defendants.

Case No.:  1:05cv02462 RMU

**JOINT MOTION TO AMEND SCHEDULING ORDER**

COME NOW the parties, Federal National Mortgage Association, National Union Fire Insurance Company of Pittsburgh, PA, and ACE American Insurance Company, Inc., through their respective counsel, and jointly move the Court for an Order Amending Scheduling Order.

In support of this Joint Motion, and as grounds thereof, and pursuant to paragraph 5 of the Court's Standing Order, the parties state as follows:

(a)  One extension of time to complete discovery has been previously sought and granted by the Court. .

(b)  Good cause exists for the requested extension because the parties have diligently pursued discovery in this action and, in the interest of reaching a settlement of this action, engaged in a private mediation on March 29, 2007.  Certain matters raised during mediation remain the subject of ongoing discussion.  In anticipation of that mediation the parties agreed

that expert discovery could not be completed before the deadline of March 16, 2007 for expert disclosures.

(c) The granting of this Joint Motion for Extension of Time will change all existing deadlines by approximately seven to twelve weeks. No party will be prejudiced by this extension.

(d) The parties have agreed to the briefing schedule described below.

(e) All parties agree to the proposed amendments to the Scheduling Order:

| | |
|---|---|
| **Plaintiff's and Defendants' Rule 26(a)(2)(B) Statement** | May 24, 2007 |
| **All Parties to Participate in Conference Call with Chambers** | May 30, 2007 |
| **Plaintiff's and Defendants' Rebuttal 26(a)(2)(B) Statement** | June 18, 2007 |
| **Close of Discovery** | July 20, 2007 |
| **Interim Status Hearing** | Court's discretion |
| **Dispositive Motions** | August 30, 2007 |
| **Opposition to Dispositive Motions** | September 28, 2007 |
| **Replies to Dispositive Motions** | October 26, 2007 |

At this time, it is anticipated that no further extensions to the discovery schedule will be necessary.

WHEREFORE, all parties to this action respectfully request this Honorable Court grant the instant Motion to Amend the Scheduling Order, and for such other and further relief as to this Court may seem just and proper.

Dated: May 7, 2007                                   Respectfully submitted,


        /s/ Jacqueline E. Bennett
Matthew Schlesinger, Esquire (D.C. Bar No. 429689)
Jacqueline E. Bennett (D.C. Bar No. 474355)
Reed Smith, LLP
1301 K Street, N.W.
Suite 1100 – East Tower
Washington, D.C. 20005-3323
*Counsel for Federal National Mortgage Association*


        /s/ Robert B. Wallace
Paul D. Krause, Esquire (D.C. Bar No. 222069)
Robert B. Wallace, Esquire (D.C. Bar No.108571)
Wilson Elser, LLP
1341 G Street, N.W.
Suite 500
Washington, D.C. 20005
(202) 626-7660
Fax (202) 628-3606
*Counsel for Defendant, National Union Fire Insurance Company of Pittsburgh, PA*


        /s/ Alan Joaquin
Alan Joaquin, Esquire
Drinker Biddle & Reath
1500 K Street, N.W.
Suite 1100
Washington, D.C. 20005
*Counsel for ACE American Insurance Company, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of **Joint Motion to Amend Scheduling Order** was sent, via electronic filing, on the 7th day of May 2007, to

>Robert B. Wallace, Esq.
>Wilson Elser, LLP
>1341 G Street, N.W.
>Suite 500
>Washington, D.C. 20005
>
>Alan Joaquin, Esquire
>Drinker Biddle & Reath
>1500 K Street, N.W.
>Suite 1100
>Washington, D.C. 20005

>　　　　/s/ Jacqueline E. Bennett
>Jacqueline E. Bennett, Esq.