# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NATIONAL UNION FIRE INSURANCE COMPANY ) <br> OF PITTSBURGH, PA, ) <br> ) <br> and ) <br> ) <br> ACE AMERICAN INSURANCE COMPANY, ) <br> ) <br> Defendants. ) | Case No.: 1:05-cv-02462 (RMU) <br> Judge Ricardo M. Urbina |

## NOTICE OF APPEARANCE

Pursuant to Local Civil Rule 83.6, Elizabeth A. Ransom hereby notifies the Court and all parties of the entry of her appearance as additional counsel along with Matthew J. Schlesinger, Esq. and Jacqueline E. Bennett, Esq. for Plaintiff Federal National Mortgage Association ("Fannie Mae") in this action.  No trial date has been set in this action.

Respectfully submitted,

/s/ Elizabeth Ransom
Elizabeth A. Ransom, Esq. (DC Bar No. 496217)
Jacqueline E. Bennett, Esq. (DC Bar No. 474355)
Matthew J. Schlesinger, Esq. (DC Bar No. 429689)
REED SMITH LLP
1301 K Street, N.W.
Suite 1100 – East Tower
Washington, D.C. 20005
(202) 414-9200
Fax (202) 414-9299
Counsel for Plaintiff Fannie Mae

Dated:  June 6 2007

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this Notice of Appearance was served, via electronic filing, on the 6th day of June 2007, on:

>Robert B. Wallace, Esq.
>Wilson, Elser, Moskowitz,
>Edelman & Dicker LLP
>1341 F Street, N.W.
>Suite 500
>Washington, D.C. 20005
>
>Alan J. Joaquin, Esq.
>Drinker, Biddle & Reath
>1500 K Street, N.W.
>Suite 1100
>Washington, D.C. 20005

>>*/s/* Elizabeth A. Ransom
>>Elizabeth A. Ransom