## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:05-cv-02462 (RMU) |
| | ) Judge Ricardo M. Urbina |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, | ) |
| | ) |
| and | ) |
| | ) |
| ACE AMERICAN INSURANCE COMPANY, | ) |
| | ) |
| Defendants. | ) |

### UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE*

Plaintiff Federal National Mortgage Association ("Fannie Mae"), by and through his

undersigned counsel, hereby moves this Court for an Order, pursuant to Rule 83.2(d) of the

Local Civil Rules of the United States District Court for the District of Columbia, permitting the

appearance of attorney Douglas R. Widin, *pro hac vice*, on his behalf. In support of its motion,

Fannie Mae states as follows:

1.  In addition to the undersigned counsel, Fannie Mae wishes to be represented in

this action by attorney Douglas R. Widin, who is also an attorney with the law firm of Reed

Smith. Mr. Widin is a member in good standing before the bars of the State of Pennsylvania and

the State of New Jersey and is admitted to practice in the United States District Courts for the

Eastern District of Pennsylvania, the Middle District of Pennsylvania, the Western District of

Pennsylvania and the District of New Jersey. Mr. Widin's Declaration is attached hereto as

Exhibit "A."

2.     Mr. Widin is familiar with the facts and circumstances of the claims alleged in this action and is likewise familiar with the law that will control the outcome of this dispute. Fannie Mae believes that the knowledge and expertise of Mr. Widin will assist in the conduct of this action.

3.     The requirements of Local Rule 83.2(d) are met because Matthew J. Schlesinger, of the law firm of Reed Smith, LLP, counsel of record for Fannie Mae, is a member in good standing of the bar of this Court and will also serve as counsel to Fannie Mae.  In addition to being admitted to practice before this Court, Mr. Schlesinger is admitted to the bars of the State of Maryland and the District of Columbia.  Mr. Schlesinger is also admitted to practice in the United States District Courts for the District of Maryland, as well as the United States Court of Appeals for the Eleventh Circuit.

4.     Undersigned counsel contacted counsel for National Union Fire Insurance Company ("National Union" and Ace American Insurance Company ("Ace"), regarding this Motion on June 6, 2007.  Mr. Kevin Farrell, counsel for National Union, and Ms. Alison Jarandeh, counsel for Ace, indicated that their clients do not oppose this Motion.

WHEREFORE, Fannie Mae respectfully requests that this Court grant this motion and admit Douglas R. Widin to practice before this Court *pro hac vice*.

Respectfully submitted,

_____*/s/ Matthew J. Schlesinger*___
Matthew J. Schlesinger, Esq.
(D.C. Bar No . 429689)
Jacqueline E. Bennett, Esq.
(D.C. Bar No. 474355)
REED SMITH LLP
1301 K Street, N.W.
Suite 1100 – East Tower
Washington, D.C. 20005

(202) 414-9200
Fax (202) 414-9299

Counsel for Plaintiff Fannie Mae

Dated:  June 6, 2007

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of this Unopposed Motion for Admission *Pro Hac Vice* was served, via electronic filing, on this 6th day of June 2007, on all parties who have appeared in this action.


_____*/s/ Matthew J. Schlesinger*_____

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

---

FEDERAL NATIONAL MORTGAGE ASSOCIATION,  )

Plaintiff,  )

v.  )  Case No.: 1:05-cv-02462 (RMU)
)  Judge Ricardo M. Urbina
NATIONAL UNION FIRE INSURANCE COMPANY  )
OF PITTSBURGH, PA,  )
)
and  )
)
ACE AMERICAN INSURANCE COMPANY,  )
)
Defendants.  )

---

**<u>ORDER</u>**

UPON CONSIDERATION of Plaintiff Federal National Mortgage Association's

Unopposed Motion for Admission *Pro Hac Vice* of Douglas R. Widin, it is by the Court, this ___

day of _____, 2007, hereby

ORDERED that Plaintiff's Motion for Admission *Pro Hac Vice* is hereby GRANTED;

and it is further hereby

ORDERED that Douglas R. Widin is admitted to appear and participate before this Court

as additional counsel of record for Federal National Mortgage Association in this matter.

_____
Judge Ricardo M. Urbina