IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>and<br><br>ACE AMERICAN INSURANCE COMPANY,<br><br>Defendants. | Case No.: 1:05-cv-02462 (RMU)<br>Judge Ricardo M. Urbina |

## DECLARATION OF DOUGLAS R. WIDIN
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Douglas R. Widin, declare the following under penalty of perjury in support of the motion for my application for admission *pro hac vice* as counsel for Federal National Mortgage Association in this matter:

1. I am an attorney with the firm of Reed Smith, LLP. My office address is 2500 One Liberty Place, 1650 Market Street, Philadelphia, PA 19103-7301. My office telephone number is (215) 851-8100.

2. I am currently licensed as an attorney and in good standing before the bars of the Commonwealth of Pennsylvania and the State of New Jersey. I am a member in good standing of bars of the United States Court of Appeals for the Third Circuit and the United States District Courts for the Eastern District of Pennsylvania, Middle District of Pennsylvania, Western District of Pennsylvania, District of New Jersey, and Eastern District of Michigan.

3. I have not previously been admitted *pro hac vice* in any action in this Court.

4. I have not been disciplined by any bar, and there are no disciplinary actions pending against me.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Douglas R. Widin

Executed June, ____ 2007