IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>and<br><br>ACE AMERICAN INSURANCE COMPANY,<br><br>    Defendants. | Case No.: 1:05cv02462 RMU |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

COME NOW the parties, Federal National Mortgage Association, National Union Fire Insurance Company of Pittsburgh, PA, and ACE American Insurance Company, Inc., through their respective counsel, and jointly move the Court for an Order Amending Scheduling Order.

In support of this Joint Motion, and as grounds thereof, and pursuant to paragraph 5 of the Court's Standing Order, the parties state as follows:

(a)    Two extensions of time to complete discovery has been previously sought and granted by the Court.

(b)    Good cause exists for the requested extension because the parties have diligently pursued discovery in this action and, in the interest of complying with this Court's Standing Order, have been actively negotiating and resolving discovery disputes without Court intervention  The parties have also completed most fact discovery, and are working diligently to

schedule nine expert depositions. But, despite their diligent efforts, the parties were unable to complete discovery by the July 20, 2007 deadline. The parties will continue to work diligently to resolve any remaining discovery issues and to complete all discovery by October 19, 2007.

(c) The granting of this Joint Motion for Extension of Time will change all existing deadlines by approximately eleven to thirteen weeks. No party will be prejudiced by this extension.

(d) The parties have agreed to the briefing schedule described below.

(e) All parties agree to the proposed amendments to the Scheduling Order:

| | |
|---|---|
| **Plaintiff's and Defendants' Rule 26(a)(2)(B) Statement** | **May 24, 2007** |
| **All Parties to Participate in Conference Call with Chambers** | **May 30, 2007** |
| **Plaintiff's and Defendants' Rebuttal 26(a)(2)(B) Statement** | **July 20, 2007** |
| **Close of Discovery** | **October 19, 2007** |
| **Interim Status Hearing** | **Court's discretion** |
| **Dispositive Motions** | **November 16, 2007** |
| **Opposition to Dispositive Motions** | **December 19, 2007** |
| **Replies to Dispositive Motions** | **January 25, 2008** |

At this time, it is anticipated that no further extensions to the discovery schedule will be necessary.

2

WHEREFORE, all parties to this action respectfully request this Honorable Court grant the instant Motion to Amend the Scheduling Order..

Dated:  August 24, 2007                          Respectfully submitted,

                                                                  /s/
                                              Matthew Schlesinger, Esq. (D.C. Bar No. 429689)
                                              Jacqueline E. Bennett, Esq. (D.C. Bar No. 474355)
                                              Elizabeth Ransom, Esq. (D.C. Bar No. 496217)
                                              Reed Smith, LLP
                                              1301 K Street, N.W.
                                              Suite 1100 – East Tower
                                              Washington, D.C. 20005-3323
                                              *Counsel for Federal National Mortgage Association*


                                                                  /s/
                                              Robert B. Wallace, Esquire (D.C. Bar No.108571)
                                              Wilson Elser, LLP
                                              1341 G Street, N.W.
                                              Suite 500
                                              Washington, D.C.  20005
                                              (202) 626-7660
                                              Fax (202) 628-3606
                                              *Counsel for Defendant, National Union Fire*
                                              *Insurance Company of Pittsburgh, PA*


                                                                  /s/
                                              Alan Joaquin, Esquire
                                              Drinker Biddle & Reath, LLP
                                              1500 K Street, N.W.
                                              Suite 1100
                                              Washington, D.C. 20005
                                              *Counsel for ACE American Insurance Company,*
                                              *Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of **Joint Motion to Amend Scheduling Order** was sent, via electronic filing, on the 24th day of August 2007, to

>Robert B. Wallace, Esq.
>Wilson Elser, LLP
>1341 G Street, N.W.
>Suite 500
>Washington, D.C. 20005
>
>Alan Joaquin, Esquire
>Drinker Biddle & Reath
>1500 K Street, N.W.
>Suite 1100
>Washington, D.C. 20005

>                                   /s/
>Elizabeth Ransom, Esq.