IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FEDERAL NATIONAL MORTGAGE ASSOCIATION,

   Plaintiff,

   v.

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,

and

ACE AMERICAN INSURANCE COMPANY,

   Defendants.

Case No.: 1:05cv02462 RMU

## JOINT MOTION TO AMEND SCHEDULING ORDER

COME NOW the parties, Federal National Mortgage Association, National Union Fire Insurance Company of Pittsburgh, PA, and ACE American Insurance Company, Inc., through their respective counsel, and jointly move the Court for an Order Amending Scheduling Order.

In support of this Joint Motion, and as grounds thereof, and pursuant to paragraph 5 of the Court's Standing Order, the parties state as follows:

(a) Three extensions of time to complete discovery have been previously sought and granted by the Court.

(b) Good cause exists for the requested extension because the parties have diligently pursued discovery in this action and, in the interest of complying with this Court's Standing Order, have been actively negotiating and resolving discovery disputes without Court intervention. The parties have also completed most fact discovery, and are working diligently to

complete a small number of remaining depositions. The parties have also agreed to propound additional written discovery in lieu of witness testimony on certain topics. Despite their diligent efforts, the parties were unable to complete discovery by the October 19, 2007 deadline. The parties will continue to work diligently to resolve any remaining discovery issues and to complete all discovery by November 19, 2007.

(c) The granting of this Joint Motion for Extension of Time will change all existing deadlines by approximately four to six weeks. No party will be prejudiced by this extension.

(d) The parties have agreed to modify the briefing schedule as described below.

(e) All parties agree to the proposed amendments to the Scheduling Order:

| | |
|---|---|
| **Close of Discovery** | **November 19, 2007** |
| **Interim Status Hearing** | **Court's discretion** |
| **Plaintiff's Dispositive Motion** | **December 21, 2007** |
| **Defendants' Opposition and Cross-Dispositive Motion** | **January 31, 2008** |
| **Plaintiff's Reply and Plaintiffs' Opposition** | **March 5, 2008** |
| **Defendants' Reply** | **March 31, 2008** |

At this time, it is anticipated that no further extensions to the discovery schedule will be necessary.

WHEREFORE, all parties to this action respectfully request this Honorable Court grant the instant Motion to Amend the Scheduling Order.

Dated: October 29, 2007              Respectfully submitted,

                                         /s/
Matthew Schlesinger, Esq. (D.C. Bar No. 429689)
Jacqueline E. Bennett, Esq. (D.C. Bar No. 474355)
Elizabeth Ransom, Esq. (D.C. Bar No. 496217)
Reed Smith, LLP
1301 K Street, N.W.
Suite 1100 – East Tower
Washington, D.C. 20005-3323
*Counsel for Federal National Mortgage Association*

                                         /s/
Robert B. Wallace, Esquire (D.C. Bar No.108571)
Wilson Elser, LLP
1341 G Street, N.W.
Suite 500
Washington, D.C. 20005
(202) 626-7660
Fax (202) 628-3606
*Counsel for Defendant, National Union Fire Insurance Company of Pittsburgh, PA*

                                         /s/
Alan Joaquin, Esquire
Drinker Biddle & Reath, LLP
1500 K Street, N.W.
Suite 1100
Washington, D.C. 20005
*Counsel for ACE American Insurance Company, Inc.*

**CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of **Joint Motion to Amend Scheduling Order** was sent, via electronic filing, on the 29th day of October 2007, to

>Robert B. Wallace, Esq.
>Wilson Elser, LLP
>1341 G Street, N.W.
>Suite 500
>Washington, D.C. 20005
>
>Alan Joaquin, Esquire
>Drinker Biddle & Reath
>1500 K Street, N.W.
>Suite 1100
>Washington, D.C. 20005

               /s/
            Jacqueline E. Bennett, Esq.