IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>and<br><br>ACE AMERICAN INSURANCE COMPANY,<br><br>    Defendants. | Case No.:  1:05cv02462 RMU |

## JOINT MOTION TO AMEND SCHEDULING ORDER

COME NOW the parties, Federal National Mortgage Association, National Union Fire Insurance Company of Pittsburgh, PA, and ACE American Insurance Company, Inc., through their respective counsel, and jointly move the Court for an Order Amending Scheduling Order.

In support of this Joint Motion, and as grounds thereof, and pursuant to paragraph 5 of the Court's Standing Order, the parties state as follows:

(a)    Four extensions of time to complete discovery have been previously sought and granted by the Court.

(b)    Good cause exists for the requested extension because the parties have diligently pursued discovery in this action and, in the interest of complying with this Court's Standing Order, have been actively negotiating and resolving discovery disputes without Court intervention. The parties have also completed most fact discovery, and are working diligently to

281131.1

complete a small number of remaining depositions. The parties have also agreed to propound additional written discovery in lieu of witness testimony on certain topics. Despite their diligent efforts, the parties were unable to complete discovery by the November 19, 2007 deadline. The parties will continue to work diligently to resolve any remaining discovery issues and to complete all discovery by January 25, 2007.

(c) The granting of this Joint Motion for Extension of Time will change all existing deadlines by approximately eight weeks. No party will be prejudiced by this extension.

(d) The parties have agreed to modify the briefing schedule as described below.

(e) All parties agree to the proposed amendments to the Scheduling Order:

| | |
|---|---|
| **Close of Discovery** | January 25, 2008 |
| **Plaintiff's Dispositive Motion** | February 28, 2008 |
| **Defendants' Opposition and Cross-Dispositive Motion** | March 28, 2008 |
| **Plaintiff's Reply and Opposition** | April 25, 2008 |
| **Defendants' Reply** | May 16, 2008 |
| **Interim Status Hearing** | August 4, 2008 |

At this time, it is anticipated that no further extensions to the discovery schedule will be necessary.

WHEREFORE, all parties to this action respectfully request this Honorable Court grant the instant Motion to Amend the Scheduling Order.

281131.1

Dated: December 3, 2007                     Respectfully submitted,

                                                           /s/
Matthew Schlesinger, Esq. (D.C. Bar No. 429689)
Jacqueline E. Bennett, Esq. (D.C. Bar No. 474355)
Elizabeth Ransom, Esq. (D.C. Bar No. 496217)
Reed Smith, LLP
1301 K Street, N.W.
Suite 1100 – East Tower
Washington, D.C. 20005-3323
*Counsel for Federal National Mortgage Association*


                                                           /s/
Robert B. Wallace, Esquire (D.C. Bar No.108571)
Wilson Elser, LLP
1341 G Street, N.W.
Suite 500
Washington, D.C. 20005
(202) 626-7660
Fax (202) 628-3606
*Counsel for Defendant, National Union Fire Insurance Company of Pittsburgh, PA*


                                                           /s/
Alan Joaquin, Esquire
Drinker Biddle & Reath, LLP
1500 K Street, N.W.
Suite 1100
Washington, D.C. 20005
*Counsel for ACE American Insurance Company, Inc.*

281131.1

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of **Joint Motion to Amend Scheduling Order** was sent, via electronic filing, on the 3rd day of December 2007, to

        Matt Schlesinger, Esq.
        Reed Smith
        1301 K Street, NW
        Suite 1100- East Tower
        Washington, DC 20005

        Alan Joaquin, Esquire
        Drinker Biddle & Reath
        1500 K Street, N.W.
        Suite 1100
        Washington, D.C. 20005

                              /s/
                        Kevin Farrell, Esq.

281131.1