**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
Civil Division

|  |  |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, | |
| | |
| Plaintiff, | |
| | |
| v. | Case No. 1:05-cv-02462 (RMU) |
| | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, *et al.,* | The Hon. Ricardo M. Urbina |
| | |
| Defendants. | |

**JOINT MOTION FOR ENTRY OF BRIEFING SCHEDULE AND AMENDMENT OF**
**SCHEDULING ORDER**

COME NOW the parties, Federal National Mortgage Association, National Union Fire

Insurance Company of Pittsburgh, PA, and ACE American Insurance Company, Inc., through

their respective counsel, and jointly move the Court for an Order entering: (1) a briefing schedule

for the parties' Motions to Compel; (2) a limited stay of the close of discovery; and (3) a revised

briefing schedule for dispositive motions.

1.      The parties agree to the briefing schedule described below for their respective

Motions to Compel:

| | |
|---|---|
| Plaintiff's and Defendants' Motions to Compel | February 12, 2008 |
| Oppositions to Motions to Compel | February 29, 2008 |
| Replies to Motions to Compel | March 7, 2008. |

The parties further agree that they will make best efforts to serve any supplemental production

and responses with respect to matters expected to be part of an adversary's motion to compel by

5:00 p.m. on February 5, 2008, so that all parties may draft their motions knowing what is in dispute, without prejudice to the parties' rights and duties of supplementation as set forth in the Federal Rules of Civil Procedure and the Local Rules (collectively "the Rules").

2.    The parties agree that the close of discovery, which had by prior order of the Court been set for January 25, 2008, shall be stayed for the purpose of briefing and rulings on the parties' Motions to Compel.  Though parties may supplement their production and discovery responses pursuant to any ongoing efforts to meet and confer about discovery issues or the Rules, the parties understand and agree that this stay of the close of discovery does not permit any party to serve additional written discovery requests or third-party subpoenas, or to conduct further depositions.  However, during this limited stay of discovery, the parties remain entitled to pursue enforcement proceedings in connection with any third-party subpoenas served and returnable prior to January 25, 2008.  Leave of this Court will not be required before any party initiates the enforcement of any third-party subpoenas served and returnable prior to January 25, 2008.

Upon receipt of rulings by the Court on the Motions to Compel and any date set for compliance with such Orders, a party may only conduct further discovery upon leave of Court. No further extension of discovery shall be granted absent a showing of good cause.

3.    The parties further agree that the briefing schedule for dispositive motions shall be amended as follows:

| | |
|---|---|
| Plaintiff's Dispositive Motion | 30 days after the date for compliance with the Court's Orders on Motions to Compel |
| Defendants' Opposition and Cross-Dispositive Motion | 30 days after Plaintiff's Motion |
| Plaintiff's Reply and Plaintiffs' Opposition | 30 days after Defendant's Opposition and Cross-Motion |

Defendants' Reply                                  21 days after Plaintiff's
                                                   Opposition

4.      The date of the status hearing set for August 4, 2008 at 10 a.m. shall remain

unchanged.


WHEREFORE, all parties to this action respectfully request this Honorable Court grant

the instant Motion For Entry of Briefing Schedule and Amendment of Scheduling Order, and for

such other and further relief as to this Court may seem just and proper.


Dated:  January 31, 2008                    Respectfully submitted,


                              ___/s/____Matthew J. Schlesinger_____
                              Matthew J. Schlesinger, Esq. (Bar No. 429689)
                              Jacqueline E. Bennett, Esq. (Bar No. 474355)
                              Elizabeth Ransom, Esq. (Bar No. 496217)
                              Reed Smith, LLP
                              1301 K Street, N.W.
                              Suite 1100 – East Tower
                              Washington, D.C. 20005-3323
                              *Counsel for Federal National Mortgage Association*


                              ___/s/____Robert B. Wallace_____
                              Robert B. Wallace, Esq. (Bar No. 108571)
                              Kevin P. Farrell, Esq. (Bar No. 492142)
                              Wilson Elser, LLP
                              1341 G Street, N.W.
                              Suite 500
                              Washington, D.C.  20005
                              (202) 626-7660
                              Fax (202) 628-3606
                              *Counsel for Defendant, National Union Fire*
                              *Insurance Company of Pittsburgh, PA*

3

_____/s/_____Alan Joaquin_____
Alan Joaquin, Esq. (Bar No. 446276)
Drinker Biddle & Reath, LLP
1500 K Street, N.W.
Suite 1100
Washington, D.C. 20005
*Counsel for ACE American Insurance Company, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the Joint Motion For Entry Of Briefing

Schedule And Amendment Of Scheduling Order was sent, via electronic filing, on the 31st day

of January 2008, to

Robert B. Wallace, Esq.
Wilson Elser, LLP
1341 G Street, N.W.
Suite 500
Washington, D.C.  20005

Alan Joaquin, Esquire
Drinker Biddle & Reath
1500 K Street, N.W.
Suite 1100
Washington, D.C. 20005


_____/s/_____Elizabeth Ransom_____
Elizabeth Ransom, Esq.