IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>and<br><br>ACE AMERICAN INSURANCE COMPANY,<br><br>    Defendants. | Case No.: 1:05cv02462 RMU |

## NOTICE OF FILING

Plaintiff Federal National Mortgage Association hereby gives notice of its filing under seal on today's date of Plaintiff's Motion to Compel Documents from Defendants National Union Fire Insurance Company of Pittsburgh, PA and ACE American Insurance Company; Plaintiff's Memorandum of Points and Authorities in Support of its Motion to Compel; and Proposed Order.  These documents were filed under seal pursuant to this Court's Order of February 14, 2008, granting leave to file under seal.

Dated:  February 14, 2008               Respectfully submitted,

                                              /s
                               Matthew Schlesinger, Esq. (Bar No. 429689)
                               Jacqueline E. Bennett, Esq. (Bar No. 474355)
                               Elizabeth Ransom, Esq. (Bar No. 496217)
                               Reed Smith, LLP
                               1301 K Street, N.W.
                               Suite 1100 – East Tower
                               Washington, D.C. 20005-3323

                               Counsel for Federal National Mortgage Association