IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>and<br><br>ACE AMERICAN INSURANCE COMPANY,<br><br>Defendants. | Case No.: 1:05cv02462 (RMU) |

## NOTICE OF FILING

Defendant National Union Fire Insurance Company of Pittsburgh, PA ("National Union") hereby gives notice of its filings under seal on today's date of Defendant National Union's Motion to Compel Documents Withheld by Fannie Mae and Statement of Stipulated Facts. These documents were filed under seal pursuant to this Court's Order of February 15, 2008, granting leave to file under seal.

Dated: February 15, 2008

Respectfully submitted,

_____/s/_____
Robert B. Wallace, Esq. (Bar No.108571)
Kevin Farrell, Esq. (Bar No.492142)
1341 G Street, N.W.
Suite 500
Washington, D.C. 20005
Telephone: (202) 626-7660
Facsimile: (202) 628-3606

*Counsel for Defendant, National Union Fire Insurance Company of Pittsburgh, PA*

289188.1