UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, | |
| Plaintiff, | |
| v. | Case No. 1:05-cv-02462 (RMU) |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, *et al.,* | The Hon. Ricardo M. Urbina |
| Defendants. | |

**JOINT MOTION FOR AMENDMENT OF BRIEFING SCHEDULE**

COME NOW the parties, Federal National Mortgage Association, National Union Fire Insurance Company of Pittsburgh, PA, and ACE American Insurance Company, Inc., through their respective counsel, and jointly move the Court for an Order entering an amended briefing schedule for the parties' Motions to Compel.

In support of this Joint Motion, and as grounds thereof, and pursuant to paragraph 5 of the Court's Standing Order, the parties state as follows:

(a) One request to modify the briefing schedule by one day has been previously sought and granted by the Court.

(b) Good cause exists for the requested extension because the parties continue to work to limit the number of documents at issue in their respective Motions.

(c) The granting of this Joint Motion for Amendment of the Briefing Schedule will change all existing deadlines by approximately one week. No party will be prejudiced by this extension.

(d) The parties have agreed to the amended briefing schedule as described below.

(e) All parties agree to the proposed amendments to the briefing schedule.

(f) All other dates remain unchanged.

The parties agree to the briefing schedule described below for their respective Motions to Compel:

| | |
|---|---|
| Plaintiff's and Defendants' Motions to Compel | February 12, 2008 |
| Oppositions to Motions to Compel | March 7, 2008 |
| Replies to Motions to Compel | March 18, 2008. |

WHEREFORE, all parties to this action respectfully request this Honorable Court grant the instant Motion For Entry of Briefing Schedule and Amendment of Scheduling Order, and for such other and further relief as to this Court may seem just and proper.

Dated: February 27, 2008

Respectfully submitted,

/s/
Matthew Schlesinger, Esq. (D.C. Bar No. 429689)
Jacqueline E. Bennett, Esq. (D.C. Bar No. 474355)
Elizabeth Ransom, Esq. (D.C. Bar No. 496217)
Reed Smith, LLP
1301 K Street, N.W.
Suite 1100 – East Tower
Washington, D.C. 20005-3323
*Counsel for Federal National Mortgage Association*

2

                    /s/
Robert B. Wallace, Esquire (D.C. Bar No. 108571)
Wilson Elser, LLP
1341 G Street, N.W.
Suite 500
Washington, D.C.  20005
(202) 626-7660
Fax (202) 628-3606
*Counsel for Defendant, National Union Fire Insurance Company of Pittsburgh, PA*


                    /s/
Alan Joaquin, Esquire
Drinker Biddle & Reath, LLP
1500 K Street, N.W.
Suite 1100
Washington, D.C. 20005
*Counsel for ACE American Insurance Company, Inc.*