IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>　　Plaintiff,<br><br>　　v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>and<br><br>ACE AMERICAN INSURANCE COMPANY,<br><br>　　Defendants. | Case No.:  1:05cv02462 RMU |

**JOINT MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL AND
INCORPORATED MEMORANDUM OF POINTS AND AUTHORITIES**

Pursuant to Rule 5.1(j) of the Rules of the United States District Court for the District of Columbia Rules of Court and the Parties' Stipulated Protective Order entered by the Court on October 6, 2006, Plaintiff Federal National Mortgage Association and Defendants National Union Fire Insurance Company of Pittsburgh, PA ("National Union") and ACE American Insurance Company ("ACE"), by and through their undersigned counsel, hereby respectfully request that the Court file under seal the following documents:

　　(a)　Plaintiff's Opposition to Defendant National Union's Motion to Compel Documents from Plaintiff and all Exhibits attached thereto;

　　(b)　Defendant National Union's Opposition to Plaintiff's Motion to Compel Documents from Defendants National Union and ACE and all Exhibits attached thereto;

　　(c)　Defendant ACE's Opposition to Plaintiff's Motion to Compel Documents from Defendants National Union and ACE and all Exhibits attached thereto;

(d) Plaintiff's Reply to Defendant National Union's Opposition to Plaintiff's Motion to Compel Documents from Defendants National Union and ACE and all Exhibits attached thereto;

(e) Plaintiff's Reply to Defendant ACE's Opposition to Plaintiff's Motion to Compel Documents from Defendants National Union and ACE and all Exhibits attached thereto;

(f) Defendant National Union's Reply to Plaintiff's Opposition to Defendant National Union's Motion to Compel Documents from Plaintiff and all Exhibits attached thereto;

(g) All Supplemental Statements of Stipulated Facts and all Joint Exhibits attached thereto;

As reason for this motion, the parties state as follows:

1. Civil Rule 5.1(j) of the Rules of the United States District Court for the District of Columbia (Local Civil Rule 5.1(j)) provides for the filing of documents under seal when there is a reasonable justification for the seal. *See Cobell v. Norton*, Case 1:96-cv-01285-RCL (D.D.C. Feb. 28, 2006) (Doc. No. 3231) (citing LCvR 5.1(j)(1)).

2. The Court entered the Parties' Stipulated Protective Order on October 6, 2006. Paragraph 12 of that Order provides:

> "Unless the parties agree in writing otherwise, a party that desires to file Designated Discovery Material in Court, whether separately or with or as part of pleadings or other court papers, shall file such Designated Discovery Material under seal. The Designated Discovery Material shall be filed in a sealed envelope or other appropriate container on which shall be endorsed the caption of this lawsuit; the title of the court paper or a brief description of the enclosed material; and the legend "Confidential.""

3.   The documents that the parties request to be sealed contain detailed proprietary information, personal information of third parties, and other confidential information that provides reasonable justification for the seal. The parties' memoranda also quote from documents that have been designated as "Confidential."

4.   Courts consider the following six factors when determining whether a party's interest in privacy or confidentiality weighs in favor of limiting public access to judicial proceedings:

> (1) the need for public access to the documents at issue; (2) the extent to which the public had access to the documents prior to the sealing order; (3) the fact that a party has objected to disclosure and the identity of that party; (4) the strength of the property and privacy interests involved; (5) the possibility of prejudice to those opposing disclosure; and (6) the purposes for which the documents were introduced.

*Johnson v. Greater Southeast Comm. Hosp. Corp.,* 951 F.2d 1268, 1277, 1277 n. 14 (D.C. Cir. 1991) (citing *United States v. Hubbard,* 650 F.2d 293, 317-22 (D.C. Cir. 1980)).

5.   The circumstances of this case weigh in favor of sealing the documents described above: any public need for these documents, which have been created and maintained in confidence, is outweighed by the need to protect the personal and proprietary information contained therein.

6.   The documents described above are to be filed with the Court's clerk in hard copy in a sealed and properly labeled envelope, in accordance with Local Civil Rule 5.1(j).

For the foregoing reasons, Plaintiff Federal National Mortgage Association and Defendants National Union Fire Insurance Company of Pittsburgh, PA and ACE American Insurance Company respectfully request that the Court grant its request to file under seal the documents listed above. A proposed Order to Seal is submitted herewith in accordance with Local Civil Rule 7(c).

Dated:  March 6, 2008                    Respectfully submitted,

                      /s/
Matthew Schlesinger, Esq. (D.C. Bar No. 429689)
Jacqueline E. Bennett, Esq. (D.C. Bar No. 474355)
Elizabeth Ransom, Esq. (D.C. Bar No. 496217)
Reed Smith, LLP
1301 K Street, N.W.
Suite 1100 – East Tower
Washington, D.C. 20005-3323
*Counsel for Federal National Mortgage Association*

                      /s/
Robert B. Wallace, Esquire (D.C. Bar No. 108571)
Wilson Elser, LLP
1341 G Street, N.W.
Suite 500
Washington, D.C.  20005
(202) 626-7660
Fax (202) 628-3606
*Counsel for Defendant, National Union Fire Insurance Company of Pittsburgh, PA*

                      /s/
Alan Joaquin, Esquire
Drinker Biddle & Reath, LLP
1500 K Street, N.W.
Suite 1100
Washington, D.C. 20005
*Counsel for ACE American Insurance Company, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>  Plaintiff,<br><br>  v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>and<br><br>ACE AMERICAN INSURANCE COMPANY,<br><br>  Defendants. | Case No.:  1:05cv02462 RMU |

## <u>ORDER TO SEAL</u>

**UPON CONSIDERATION** of the Joint Motion for Leave to File Documents Under Seal, filed by Plaintiff Federal National Mortgage Association and Defendants National Union Fire Insurance Company of Pittsburgh, PA, and ACE American Insurance Company, it is hereby

**ORDERED** that the parties' motion is **GRANTED**; it is further

**ORDERED** that the following documents shall be **SEALED** in accordance with the Rules of this Court:

  (a)  Plaintiff's Opposition to Defendant National Union's Motion to Compel Documents from Plaintiff and all Exhibits attached thereto;

  (b)  Defendant National Union's Opposition to Plaintiff's Motion to Compel Documents from Defendants National Union and ACE and all Exhibits attached thereto;

  (c)  Defendant ACE's Opposition to Plaintiff's Motion to Compel Documents from Defendants National Union and ACE and all Exhibits attached thereto;

- 2 -

(d)    Plaintiff's Reply to Defendant National Union's Opposition to Plaintiff's Motion to Compel Documents from Defendants National Union and ACE and all Exhibits attached thereto;

(e)    Plaintiff's Reply to Defendant ACE's Opposition to Plaintiff's Motion to Compel Documents from Defendants National Union and ACE and all Exhibits attached thereto;

(f)    Defendant National Union's Reply to Plaintiff's Opposition to Defendant National Union's Motion to Compel Documents from Plaintiff and all Exhibits attached thereto;

(g)    All Supplemental Statements of Stipulated Facts and all Joint Exhibits attached thereto;

Entered this _____ day of _____, 2008.

 

_____
RICARDO M. URBINA
United States District Judge

Copies to:          Matthew Schlesinger, Esq.
                    Reed Smith, LLP
                    1301 K Street, N.W.
                    Suite 1100 – East Tower
                    Washington, D.C. 20005-3323

*Counsel for Plaintiff Federal National Mortgage Association*


Robert B. Wallace, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
1341 G Street, N.W., 5th Floor
Washington, D.C. 20005-3105

*Counsel for Defendant National Union Fire Insurance Company of Pittsburgh, PA*

Alan Joaquin, Esquire
Drinker Biddle & Reath, LLP
1500 K Street, N.W.
Suite 1100
Washington, D.C. 20005

*Counsel for ACE American Insurance Company, Inc.*