UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, | ) ) ) | |
| *Plaintiff,* | ) ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2462 RMU |
| NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA, *et al.*, | ) ) ) ) ) | |
| *Defendants.* | ) | |

## DEFENDANT ACE AMERICAN INSURANCE COMPANY'S NOTICE OF FILING UNDER SEAL ITS OPPOSITION TO MOTION TO COMPEL DOCUMENTS

Defendant, ACE American Insurance Company ("ACE"), by and through its counsel, hereby gives notice of filing under seal on March 10, 2008 of its Opposition, with exhibits, to the Motion to Compel Documents filed by plaintiff ("Fannie Mae") in the above-captioned action. These documents were filed under seal pursuant to this Court's Minute Order of March 7, 2008, granting leave to file under seal.

Dated: March 10, 2008                                Respectfully Submitted,

/s/ Alan J. Joaquin
Alan J. Joaquin (DC#446276 )
DRINKER BIDDLE & REATH
1500 K Street N.W.
Suite 1100
Washington, D.C. 20005
(202) 842-8800
Fax (202) 842-8465

*Attorneys for ACE American Insurance Company*

CERTIFICATE OF SERVICE

      I hereby certify that the foregoing Defendant Ace American Insurance Company's Notice Of Filing Under Seal Its Opposition To Motion To Compel Documents was delivered electronically and by first class mail on this 10th day of March 2008 to:

Matthew J. Schlesinger
REED SMITH, LLP
1301 K Street, NW
Suite 1100 East Tower
Washington, DC 20005

Robert Bruce Wallace
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP
1341 G Street, NW
Suite 500
Washington, DC 20005-3105

                              /s/ Alan Joaquin