IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>  Plaintiff,<br><br>  v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>and<br><br>ACE AMERICAN INSURANCE COMPANY,<br><br>  Defendants. | Case No.:  1:05cv02462 (RMU) |

## NOTICE OF FILING

Plaintiff Federal National Mortgage Association and Defendants National Union Fire Insurance Company of Pittsburgh, PA and ACE American Insurance Company hereby give notice of a filing under seal on March 7, 2008, of the parties' Supplement to Statement of Stipulated Facts, with exhibits. These documents were filed under seal pursuant to this Court's Order of March 7, 2008, granting leave to file under seal.

Dated: March 10, 2008

                Respectfully submitted,

                /s/
                Matthew Schlesinger, Esq. (D.C. Bar No. 429689)
                Jacqueline E. Bennett, Esq. (D.C. Bar No. 474355)
                Elizabeth Ransom, Esq. (D.C. Bar No. 496217)
                Reed Smith, LLP
                1301 K Street, N.W.
                Suite 1100 – East Tower
                Washington, D.C. 20005-3323
                *Counsel for Federal National Mortgage Association*

292222.1

                                    /s/
_____

Robert B. Wallace, Esquire (D.C. Bar No. 108571)
Wilson Elser, LLP
1341 G Street, N.W.
Suite 500
Washington, D.C. 20005
(202) 626-7660
Fax (202) 628-3606
*Counsel for Defendant, National Union Fire Insurance Company of Pittsburgh, PA*


                                    /s/
_____

Alan Joaquin, Esquire
Drinker Biddle & Reath, LLP
1500 K Street, N.W.
Suite 1100
Washington, D.C. 20005
*Counsel for ACE American Insurance Company, Inc.*

292222.1