IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>and<br><br>ACE AMERICAN INSURANCE COMPANY,<br><br>    Defendants. | Case No.: 1:05cv02462 RMU |

## NOTICE OF FILING

Plaintiff Federal National Mortgage Association hereby gives notice of its filing under seal on today's date of Plaintiff's Opposition to National Union Fire Insurance Company of Pittsburgh, PA' Motion to Compel Documents from Plaintiff and Exhibits. These documents were filed under seal pursuant to this Court's Order of March 7, 2008 granting leave to file under seal.

Dated: March 10, 2008

Respectfully submitted,

_____/s_____
Matthew Schlesinger, Esq. (Bar No. 429689)
Jacqueline E. Bennett, Esq. (Bar No. 474355)
Elizabeth Ransom, Esq. (Bar No. 496217)
Reed Smith, LLP
1301 K Street, N.W.
Suite 1100 – East Tower
Washington, D.C. 20005-3323

Counsel for Federal National Mortgage Association