UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, *et al.*,<br><br>    Defendants. | Case No. 1:05-cv-02462 (RMU)<br><br>The Hon. Ricardo M. Urbina |

### JOINT MOTION FOR AMENDMENT OF BRIEFING SCHEDULE

COME NOW the parties, Federal National Mortgage Association, National Union Fire Insurance Company of Pittsburgh, PA, and ACE American Insurance Company, Inc., through their respective counsel, and jointly move the Court for an Order entering an amended briefing schedule for the parties' Motions to Compel.

In support of this Joint Motion, and as grounds thereof, and pursuant to paragraph 5 of the Court's Standing Order, the parties state as follows:

(a)    Three requests to modify the briefing schedule have been previously sought and granted by the Court.

(b)    Good cause exists for the requested extension because the parties continue to work to limit the number of documents at issue in their respective Motions.

292681.1

(c) The granting of this Joint Motion for Amendment of the Briefing Schedule will extend the deadline for filing Oppositions to Motions to Compel by three days. No party will be prejudiced by this extension.

(d) National Union requested, and the parties have agreed to the amended briefing schedule as described below.

(e) All parties agree to the proposed amendments to the briefing schedule.

(f) All other dates remain unchanged.

The parties agree to the briefing schedule described below for their respective Motions to Compel:

    Replies to Motions to Compel                         March 21, 2008.

WHEREFORE, all parties to this action respectfully request this Honorable Court grant the instant Motion For Entry of Briefing Schedule and Amendment of Scheduling Order, and for such other and further relief as to this Court may seem just and proper.

Dated: March 13, 2008                      Respectfully submitted,

                                            /s/
                                Matthew Schlesinger, Esq. (D.C. Bar No. 429689)
                                Jacqueline E. Bennett, Esq. (D.C. Bar No. 474355)
                                Elizabeth Ransom, Esq. (D.C. Bar No. 496217)
                                Reed Smith, LLP
                                1301 K Street, N.W.
                                Suite 1100 – East Tower
                                Washington, D.C. 20005-3323
                                *Counsel for Federal National Mortgage Association*

                    /s/
_____
Robert B. Wallace, Esquire (D.C. Bar No. 108571)
Wilson Elser, LLP
1341 G Street, N.W.
Suite 500
Washington, D.C. 20005
(202) 626-7660
Fax (202) 628-3606
*Counsel for Defendant, National Union Fire Insurance Company of Pittsburgh, PA*


                    /s/
_____
Alan Joaquin, Esquire
Drinker Biddle & Reath, LLP
1500 K Street, N.W.
Suite 1100
Washington, D.C. 20005
*Counsel for ACE American Insurance Company, Inc.*

292681.1