IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>　Plaintiff,<br><br>　v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>and<br><br>ACE AMERICAN INSURANCE COMPANY,<br><br>　Defendants. | Case No.:  1:05cv02462 (RMU) |

## NOTICE OF FILING

Defendant National Union Fire Insurance Company of Pittsburgh, PA ("National Union") hereby gives notice of a filing under seal on March 21, 2008, of Defendant National Union's Reply Brief in Support of its Motion to Compel Documents, with exhibits. These documents were filed under seal pursuant to this Court's Order of March 21, 2008, granting leave to file under seal.

Dated: March 21, 2008

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　Robert B. Wallace, Esq. (Bar No.108571)
　　　　　　　　　　　　　　　　　　　　　　Kevin Farrell, Esq. (Bar No.492142)
　　　　　　　　　　　　　　　　　　　　　　1341 G Street, N.W.
　　　　　　　　　　　　　　　　　　　　　　Suite 500
　　　　　　　　　　　　　　　　　　　　　　Washington, D.C.  20005
　　　　　　　　　　　　　　　　　　　　　　Telephone:  (202) 626-7660
　　　　　　　　　　　　　　　　　　　　　　Facsimile:  (202) 628-3606

　　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant, National Union Fire*
　　　　　　　　　　　　　　　　　　　　　　*Insurance Company of Pittsburgh, PA*

293355.1