IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>and<br><br>ACE AMERICAN INSURANCE COMPANY,<br><br>    Defendants. | Case No.: 1:05cv02462 RMU |

## NOTICE OF FILING

Plaintiff Federal National Mortgage Association hereby gives notice of its filing under seal on today's date of Plaintiff's Reply Memorandum in Support of Motion to Compel Documents from Defendants National Union Fire Insurance Co. of Pittsburgh, PA and ACE American Insurance Company and Exhibits. These documents were filed under seal pursuant to this Court's Order of March 7, 2008 granting leave to file under seal.

Dated: March 21, 2008                                  Respectfully submitted,

                                                                         /s
                                                                  Matthew Schlesinger, Esq. (Bar No. 429689)
                                                                  Jacqueline E. Bennett, Esq. (Bar No. 474355)
                                                                  Elizabeth Ransom, Esq. (Bar No. 496217)
                                                                  Reed Smith, LLP
                                                                  1301 K Street, N.W.
                                                                  Suite 1100 – East Tower
                                                                  Washington, D.C. 20005-3323

                                                                  Counsel for Federal National Mortgage Association