**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATIONAL UNION FIRE INSURANCE COMPANY )<br>OF PITTSBURGH, PA, )<br>)<br>and )<br>)<br>ACE AMERICAN INSURANCE COMPANY, )<br>)<br>Defendants. )<br>) | Case No.: 1:05-cv-02462 (RMU)<br>Judge Ricardo M. Urbina |

**NOTICE OF WITHDRAWAL**

Pursuant to Local Civil Rule 83.6, Elizabeth A. Ransom hereby notifies the Court and all parties of the withdrawal of her appearance as counsel for Plaintiff Federal National Mortgage Association ("Fannie Mae") in this action. Fannie Mae will continue to be represented in this matter by Matthew J. Schlesinger, Esq., Jacqueline E. Bennett, Esq. and Douglas R. Widin, Esq. No trial date has been set in this action.

        Respectfully submitted,

        _____/s/_____
Matthew J. Schlesinger, Esq.
  (D.C. Bar No . 429689)
Jacqueline E. Bennett, Esq.
  (D.C. Bar No. 474355)
Elizabeth A. Ransom, Esq.
  (D.C. Bar No. 496217)
REED SMITH LLP
1301 K Street, N.W.
Suite 1100 – East Tower
Washington, D.C. 20005
(202) 414-9200
Fax (202) 414-9299

Counsel for Plaintiff
Fannie Mae

For Plaintiff Fannie Mae

_____/s/_____
Evan S. Stolove, Esq.
Associate General Counsel

Dated: May 7, 2008

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Notice of Withdrawal was served, via electronic filing, on the 7th day of May 2008, on:

>Robert B. Wallace, Esq.
>Wilson, Elser, Moskowitz,
>Edelman & Dicker LLP
>1341 F Street, N.W.
>Suite 500
>Washington, D.C. 20005
>
>Alan J. Joaquin, Esq.
>Drinker, Biddle & Reath
>1500 K Street, N.W.
>Suite 1100
>Washington, D.C. 20005

/s/
Elizabeth A. Ransom