UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>    Plaintiff,<br><br>        v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>and<br><br>ACE AMERICAN INSURANCE COMPANY,<br><br>    Defendants. | Case No.: 1:05-02462 (RMU/AK) |

**DEFENDANT NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, PA'S NOTICE OF COMPLIANCE WITH
THE COURT'S MAY 28, 2008 ORDER**

**COMES NOW** National Union Fire Insurance Company of Pittsburgh, PA ("National Union"), by counsel, WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, and pursuant to the Court's May 28, 2008 Order, respectfully submits its Notice of Compliance with the Court's May 28, 2008 Order, as follows:

1.    On May 28, 2008, the Court issued a Memorandum Order relating to Federal National Mortgage Association's ("Fannie Mae") Motion to Compel (the "Order"). See Exhibit 1, Order.

1

303168.2

2. The Order states, in pertinent part:

> Ordered that [Fannie Mae's Motion to Compel] is deferred until after this Court performs an *in camera* review of the contested documents to determine the applicability of such privilege or protection. <u>Within two weeks from the date of the Memorandum Order, Defendants National Union and ACE shall provide the undersigned with a copy of all currently contested documents and a privilege log corresponding to the same.</u> Duplicate copies of documents should be noted on the log. <u>Prior to providing the undersigned with a copy of the documents, Defendants should confirm with Plaintiff the Bates numbers of the contested documents to ensure that all such contested documents are presented to the Court</u>.

Exhibit 1, Order at 3 (emphasis supplied).

3. Pursuant to the Order, Fannie Mae and National Union met and conferred on a final privilege log, attached as Exhibit 2 (the "Privilege Log").

4. Pursuant to the Court's instructions, on June 11, 2008, National Union will deliver a bates-labeled copy of all documents delineated on the Privilege Log to Judge Kay's Chambers.[1]

5. Additionally, Fannie Mae and National Union met, conferred, and resolved all issues relating to the reinsurance documents referenced in Fannie Mae's June 3, 2008 letter. <u>See</u> Exhibit 3, June 3, 2008 letter from Jacqueline E. Bennett to Kevin Farrell at ¶ 1.

6. Fannie Mae and National Union have not resolved their differences concerning the inclusion of the "D'Amato & Lynch [] files" on the Privilege Log. <u>See</u> Exhibit 3, June 3, 2008 letter from Jacqueline E. Bennett to Kevin Farrell at ¶ 2. In this regard, Fannie Mae seeks materials maintained in D'Amato & Lynch's files, although it never served a subpoena upon D'Amato & Lynch and never pressed for discovery of those materials in the meet and confers

---

[1] In instances of redaction, National Union is including both the original document and the redacted document for the Court's <u>in camera</u> review.

leading up to its Motion.[2]  See March 10, 2008 National Union's Opp. to Mot. to Compel at 22-23 (filed under seal).  Consequently, National Union believes that Fannie Mae's request for D'Amato & Lynch's files violates L.Cv.R. 7(m) and, therefore, the documents fall outside the scope of Fannie Mae's Motion to Compel and the Order.  Id.

Dated: June 11, 2008                                         Respectfully submitted,

                                                              /s/
                                                             Robert B. Wallace, Esq. (Bar No.108571)
                                                             Kevin Farrell, Esq. (Bar No.492142)
                                                             A. Daniel Ullman, Esq. (Bar No. 459500)
                                                             1341 G Street, N.W.
                                                             Suite 500
                                                             Washington, D.C.  20005
                                                             Telephone:  (202) 626-7660
                                                             Facsimile:  (202) 628-3606

                                                             *Counsel for Defendant, National Union Fire Insurance Company of Pittsburgh, PA*

---

[2]   Correspondingly, the D'Amato & Lynch files have never been described on a privilege log.

3

303168.2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of **DEFENDANT NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA'S NOTICE OF COMPLIANCE WITH THE COURT'S MAY 28, 2008 ORDER** was served, via ECF, on the 11th day of June 2008, to

> Matt Schlesinger, Esq.
> Reed Smith
> 1301 K Street, NW
> Suite 1100- East Tower
> Washington, D.C. 20005
>
> Alan Joaquin, Esquire
> Drinker Biddle & Reath
> 1500 K Street, N.W.
> Suite 1100
> Washington, D.C. 20005

/s/
Robert B. Wallace, Esq.

303168.2