**EXHIBIT 2**

Federal National Mortgage Association v. National Union Fire Insurance Company of Pittsburgh, PA

## EXHIBIT 1

| Bates Number | From | To | National Union Document Description | Date of Document | Privilege(s) |
|---|---|---|---|---|---|
| PRIV NU 00116 - PRIV NU 00117 | Barbara Leone | | Handwritten meeting notes re: Fannie Mae, attendees include Ken Sagat, Andy Simmonds, George Blume, Joe Perry, Mike Mulvey, and B. Leone. | 11/1/2004 | Attorney-Client Priv. |
| PRIV NU 00119 - PRIV NU 00121 | Joseph Perry | Barbara Leone, Mark Wolin, Michael Mulvey cc: David Bergenfeld, Fred Dairman | Email string re: counsel recommendations related to industry expert. | 1/19/2005 | Attorney-Client Priv. |
| PRIV NU 00126 - PRIV NU 00128 | Joseph Perry | Barbara Leone cc: David Bergenfeld | Email re: attorney analysis of Fannie Mae request for extension of time to file proof of loss. | 3/3/2005 | Attorney-Client Priv. |
| PRIV NU 00141 - PRIV NU 00142 | Barbara Leone | Mark, Kriegel, Michael Mulvey, Andrew Simmonds, Joseph Perry | Email string re: Fannie Mae recovery, reserves. | 6/10/2005 | Attorney-Client Priv. |
| PRIV NU 00144 | Mark Kriegela | Andrew Simmonds cc: Michael Mulvey, Barbara Leone | Email re: offer from Fannie Mae regarding recovery. | 6/29/2005 | Attorney-Client Priv. |
| PRIV NU 00146 - PRIV NU 00152 | David Bergenfeld | Barbara Leone | Correspondence forwarding legal research and analysis. | 5/18/2005 | Attorney-Client Priv. |
| PRIV NU 00153 | Joseph Perry | Barbara Leone | Handwritten notes re: recovery, questions for counsel. | 4/26/2005 | Attorney-Client Priv. |
| PRIV NU 00162 | James Reynolds | Barbara Leone, Carl Grant, Mark Wolin cc: David Bergenfeld, Michael Mulvey, Kenneth Sagat | Email re: National Union's retention of confidential Fannie Mae information with respect to related claims. | 5/6/2005 | Attorney-Client Priv. |

303517.v1

1

| Bates Number | From | To | National Union Document Description | Date of Document | Privilege(s) |
|---|---|---|---|---|---|
| PRIV NU 00163 | Joseph Perry | Barbara Leone, Bronce Breazeale, Michael Mulvey | Email re: attorney advice on pursuit of joint recovery. | 5/6/2005 | Attorney-Client Priv. |
| PRIV NU 00170 | Barbara Leone | Joseph Perry cc: Michael Mulvey, Bronce Breazeale, Mark Kriegel | Email re: counsel's advice on joint recovery. | 5/16/2005 | Attorney-Client Priv. |
| PRIV NU 00173 | Joseph Perry | Barbara Leone | Email re: counsel's meeting with George and Steve Buhl. | 5/18/2005 | Work Product Doctrine |
| PRIV NU 00174 | Michael Mulvey | Barbara Leone, Andrew Simmonds | Email forwarding email from Andrew Simmonds re: analysis of preliminary proof of loss. | 5/16/2005 | Attorney-Client Priv. |
| PRIV NU 00176 | David Bergenfeld | Barbara Leone | Fax cover with message re: reservation of rights. | 8/2/2005 | Work Product Doctrine and Attorney-Client Priv. |
| PRIV NU 00187 | Barbara Leone | Andrew Simmonds, David Bergenfeld | Email re: Fannie Mae issues to examine. | 8/5/2005 | Work Product Doctrine and Attorney-Client Priv. |
| PRIV NU 00188 - PRIV NU 00189 | | David Bergenfeld, James Reynolds cc: Fred Dairman, Andrews Simmonds | Email re: analysis of letter from counsel for Fannie Mae. | 8/9/2005 | Work Product Doctrine and Attorney-Client Priv. |
| PRIV NU 00195 | David Bergenfeld | Barbara Leone, Andrew Simmonds cc: Michael Mulvey | Email re: edits to Fannie Mae recovery letter. | 7/25/2005 | Attorney-Client Priv. |
| PRIV NU 00197 - PRIV NU 00201 | Barbara Leone | Andrew Simmonds, David Bergenfeld | Email re: edits to letter to Schlesinger, draft letter attached. | 7/21/2005 | Attorney-Client Priv. |
| PRIV NU 00202 | Joseph Perry | David Bergenfeld, Michael Mulvey, Barbara Leone cc: Andrew Simmonds | Email re: recovery efforts. | 7/13/2005 | Attorney-Client Priv. |

2

303517.v1

| Bates Number | From | To | National Union Document Description | Date of Document | Privilege(s) |
|---|---|---|---|---|---|
| PRIV NU 00206 - PRIV NU 00207 | Joseph Perry | Barbara Leone, Michael Mulvey, Fred Dairman, Andrew Simmonds, David Bergenfeld | Email re: Fannie Mae meeting agenda. | 7/28/2005 | Attorney-Client Priv. |
| PRIV NU 00208 | David Bergenfeld | Barbara Leone, Joseph Perry, Michael Mulvey, Fred Dairman cc: Andrew Simmonds | Email re: Fannie Mae meeting agenda. | 7/28/2005 | Attorney-Client Priv. |
| PRIV NU 00209 - PRIV NU 00211 | David Bergenfeld | Andrew Simmonds, Barbara Leone | Email re: draft letter to FNMA regarding Olympia claim. | 8/1/2005 | Attorney-Client Priv. |
| PRIV NU 00214 - PRIV NU 00219 | Andrew Simmonds | AIG | Draft letter re: evaluation of Fannie Mae loss claim, including hadwritten notes. | 7/25/2005 | Attorney-Client Priv. |
| PRIV NU 00220 | Joseph Perry | Barbara Leone, Michael Mulvey | Email re: evaluation of Fannie Mae coverage issue letter and instructions to counsel regarding same. | 7/29/2005 | Attorney-Client Priv. |
| PRIV NU 00235 - PRIV NU 00236 | Andrew Simmonds | Barbara Leone, Fred Dairman, David Bergenfeld | Email with REDACTIONS re: attorney analysis of non-accountant engagement letter. | 9/9/2005 | Work Product Doctrine and Attorney-Client Priv. |
| PRIV NU 00237 - PRIV NU 00238 | Andrew Simmonds | Barbara Leone, Fred Dairman, David Bergenfeld | Email with REDACTIONS re: modification to letter of engagement. | 9/9/2005 | Work Product Doctrine and Attorney-Client Priv. |
| PRIV NU 00239 - PRIV NU 00241 | Barbara Leone | David Bergenfeld cc: Fred Dairman, Andrew Simmonds | Email re: Document request from Fannie Mae | 9/9/2005 | Work Product Doctrine and Attorney-Client Priv. |
| PRIV NU 00243 - PRIV NU 00244 | Barbara Leone | Andrew Simmonds, David Bergenfeld cc: Fred Dairman, David Bergenfeld, Michael Mulvey | Email re: Fannie Mae doc. request. | 9/9/2005 | Work Product Doctrine and Attorney-Client Priv. |

303517.v1

| Bates Number | From | To | National Union Document Description | Date of Document | Privilege(s) |
|---|---|---|---|---|---|
| PRIV NU 00245 | Barbara Leone | Andrew Simmonds, David Bergenfeld cc: Michael Mulvey | Email re: Fannie Mae Indirect Loss Issues; legal research | 9/12/2005 | Work Product Doctrine and Attorney-Client Priv. |
| PRIV NU 00247 - PRIV NU 00251 | Joseph Perry | Bronce Breazeale cc: Barbara Leone, Michael Mulvey | Email re: edits to draft letter regarding recovery. | 9/13/2005 | Work Product Doctrine and Attorney-Client Priv. |
| PRIV NU 00256 | Barbara Leone | Stewart Appelrouth cc: Fred Dairman | Email re: fee sharing agreement of consultant fees. | 9/14/2005 | Work Product Doctrine and Joint Interest |
| PRIV NU 00257 - PRIV NU 00260 | Barbara Leone | Bronce Breazeale, Michael Mulvey | Email re: Fannie Mae revised letter regarding recovery | 9/14/2005 | Work Product Doctrine and Attorney-Client Priv. |
| PRIV NU 00261 - PRIV NU 00263 | Barbara Leone | Andrew Simmonds | Redaction re email re: Meeting Fannie Mae and status of investigation | 9/9/2005 | Work Product Doctrine and Attorney-Client Priv. |
| PRIV NU 00316 - PRIV NU 00317 | Michele Fenice | Barbara Leone | Email re: fees agreement. | 9/15/2005 | Attorney-Client Priv. and Joint Defense |
| PRIV NU 00318 | Barbara Leone | James Reynolds cc: Fred Dairman | Email re: fees agreement. | 9/15/2005 | Attorney-Client Priv. |
| PRIV NU 00323 | Barbara Leone | Michele Fenice | Letter re: Reynolds Financial Services Group LLC; services, fees. | 9/16/2005 | Work Product Doctrine and Joint Interest |
| PRIV NU 00324 - PRIV NU 00325 | Michele Fenice | Barbara Leone cc: Steven Carabases, ACE USA | Letter agreement related to cost sharing. | 9/12/2005 | Work Product Doctrine, Attorney-Client Priv. and Joint Interest |
| PRIV NU 00329 | Barbara Leone | Andrew Simmonds, David Bergenfeld | Email re: ACE's letters regarding Fannie Mae. | 9/21/2005 | Work Product Doctrine and Attorney-Client Priv. |
| PRIV NU 00330 | Barbara Leone | | Handwritten Fannie Mae meeting minutes attended by A. Simmonds, Esq.; K. Sagat, Esq.; D. Bergenfeld, Esq.; Fred Dairman; Michael Mulvey; Barbara Leone; Joseph Perry. | 9/22/2005 | Work Product Doctrine and Attorney-Client Priv. |

| Bates Number | From | To | National Union Document Description | Date of Document | Privilege(s) |
|---|---|---|---|---|---|
| PRIV NU 00331 - PRIV NU 00333 | D'Amato & Lynch | Barbara Leone | Draft legal memorandum re: analysis of coverage. | 9/22/2005 | Work Product Doctrine and Attorney-Client Priv. |
| PRIV NU 00334 - PRIV NU 00335 | Barbara Leone | David Bergenfeld | Email re: receiver meeting. | 9/22/2005 | Attorney-Client Priv. |
| PRIV NU 00336 | Maria Decorlasouza on behalf of Kenneth Sagat | Joseph Perry, Bronce Breazeale, Michael Mulvey, Fred Dairman, Barbara Leone cc: Andrew Simmonds, David Bergenfeld | Email re: revised draft of coverage letter. | 9/22/2005 | Work Product Doctrine and Attorney-Client Priv. |
| PRIV NU 00341 - PRIV NU 00342 | Barbara Leone | David Bergenfeld | Email re: meeting with Fannie Mae on 9/29 in DC. | 9/26/2005 | Work Product Doctrine and Attorney-Client Priv. |
| PRIV NU 00348 | Barbara Leone | Andrew Simmonds | Email re: contact with Schlesinger. | 10/7/2005 | Work Product Doctrine and Attorney-Client Priv. |
| PRIV NU 00349 | Barbara Leone | Joseph Perry cc: Bronce Breazeale, Fred Dairman | Email re: Fannie Mae document production. | 10/6/2005 | Work Product Doctrine and Attorney-Client Priv. |
| PRIV NU 00350 | Michael Mulvey | David Bergenfeld cc: Barbara Leone, Fred Dairman | Email re: missing loan files. | 10/6/2005 | Work Product Doctrine and Attorney-Client Priv. |
| PRIV NU 00351 - PRIV NU 00352 | Barbara Leone | Joseph Perry, Michael Mulvey, Bronce Breazeale, Fred Dairman | Email re: contact with Schlesinger. | 10/7/2005 | Work Product Doctrine and Attorney-Client Priv. |
| PRIV NU 00355 | Fred Dairman | David Bergenfeld cc: Barbara Leone, Michael Mulvey | Email re: loan files not produced by Fannie Mae. | 10/7/2005 | Work Product Doctrine and Attorney-Client Priv. |

| Bates Number | From | To | National Union Document Description | Date of Document | Privilege(s) |
|---|---|---|---|---|---|
| PRIV NU 00361 - PRIV NU 00362 | Barbara Leone | | REDACTIONS of Handwritten Fannie Mae meeting minutes attended by A. Simmonds, Esq.; D. Bergenfeld, Esq.; Joseph Perry; Barbara Leone, Fred Dairman | 10/11/2005 | Work Product Doctrine and Attorney Client Priv. |
| PRIV NU 00366 | Barbara Leone | Andrew Simmonds cc: David Bergenfeld | Email re: ACE participation in settlement. | 10/12/2005 | Work Product Doctrine and Attorney Client Priv. |
| PRIV NU 00369 | Barbara Leone | David Bergenfeld | Email re: receiver | 10/17/2005 | Work Product Doctrine and Attorney Client Priv. |
| PRIV NU 00390 | Barbara Leone | | Handwritten Fannie Mae meeting minutes (with counsel). | 11/1/2005 | Work Product Doctrine and Attorney Client Priv. |
| PRIV NU 00391 - PRIV NU00395 | D'Amato & Lynch | | Draft of National Union coverage position. | 11/1/2005 | Work Product Doctrine and Attorney Client Priv. |
| PRIV NU 00396 - PRIV NU00397 | Barbara Leone | Joseph Perry cc: Bronce Breazeale, Michael Mulvey, Fred Dairman, Andrew Simmonds, David Bergenfeld | Email re: Fannie Mae quantum and settlement strategy. | 11/2/2005 | Work Product Doctrine and Attorney Client Priv. |
| PRIV NU 00400 | Andrew Simmonds | Joseph Perry, Michael Mulvey, Barbara Leone cc: Kenneth Sagat, David Bergenfeld | Email re: Olympia matter. | 11/8/2005 | Work Product Doctrine and Attorney Client Priv. |
| PRIV NU 00406 | David Bergenfeld | Barbara Leone, Michael Mulvey, Fred Dairman cc: Andrew Simmonds | Email re: meeting with Fannie Mae. | 11/10/2005 | Work Product Doctrine and Attorney Client Priv. |

6

303517.v1

| Bates Number | From | To | National Union Document Description | Date of Document | Privilege(s) |
|---|---|---|---|---|---|
| PRIV NU 00407 - PRIV NU00411 | D'Amato & Lynch | | Draft of National Union coverage position. | 11/1/2005 | Work Product Doctrine and Attorney-Client Priv. |
| PRIV NU 00412 | Barbara Leone | | Handwritten notes re: Fannie Mae conduct (with counsel). | Undated | Work Product Doctrine and Attorney-Client Priv. |
| PRIV NU 00413 - PRIV NU00415 | D'Amato & Lynch | National Union | Draft of Fannie Mae coverage analysis. | 9/27/2005 | Work Product Doctrine and Attorney-Client Priv. |
| PRIV NU 00424 - PRIV NU00426 | David Bergenfeld | Barbara Leone | Fax cover forwarding Request for Documents. | 11/18/2005 | Work Product Doctrine and Attorney-Client Priv. |
| PRIV NU 00427 - PRIV NU00428 | Mark Kriegel | Barbara Leone | Email re: ACE reimbursement. | 11/23/2005 | Work Product Doctrine and Joint Defense |
| PRIV NU 00433 | Barbara Leone | David Bergenfeld, Fred Dairman cc: Andrew Simmonds | Email re: telephone conference to discuss Fannie Mae. | 11/17/2005 | Work Product Doctrine and Attorney-Client Priv. |
| PRIV NU 00434 - PRIV NU 00435 | Barbara Leone | | Handwritten notes re: Fannie Mae meeting (with counsel). | 11/15/2005 | Work Product Doctrine and Attorney-Client Priv. |
| PRIV NU 00437 - PRIV NU 00438 | Fred Dairman | Barbara.Leone, Andrew Simmonds | Email forwarding copy of FNMA Interest Review by Appelrouth, attached. | 11/28/2005 | Work Product Doctrine and Attorney-Client Priv. |
| PRIV NU 00440 - PRIV NU 00444 | Barbara Leone | | Handwritten Fannie Mae meeting mintues reflecting attorney analysis | 11/21/2005 | Work Product Doctrine and Attorney-Client Priv. |
| PRIV NU 00445 - PRIV NU 00446 | Andrew Simmonds | James Reynolds, Stewart Appelrouth, Michael Mulvey, Barbara Leone cc: Michele Fenice | Email re: Recent letter from Schlesinger. | 12/1/2005 | Work Product Doctrine and Attorney-Client Priv. |
| PRIV NU 00447 | Andrew Simmonds | Victor O'Laughlin, David Bergenfeld, Barbara Leone | Email re: Letter and information responses. | 12/1/2005 | Work Product Doctrine and Attorney-Client Priv. |

7

303517.v1

| Bates Number | From | To | National Union Document Description | Date of Document | Privilege(s) |
|---|---|---|---|---|---|
| PRIV NU 00448 | Andrew Simmonds | Michele Fenice, Barbara Leone | Email re: Letter and information responses. | 12/1/2005 | Work Product Doctrine, Attorney-Client Priv., and Joint Defense |
| PRIV NU 00449 | Andrew Simmonds | Barbara Leone cc: Michael Mulvey | Email re: Recent letter from Schlesinger. | 12/1/2005 | Work Product Doctrine and Attorney-Client Priv. |
| PRIV NU 00450 - PRIV NU 00451 | Andrew Simmonds | Victor O'Laughlin, David Bergenfeld, Barbara Leone | Email re: Recent letter from Schlesinger. | 12/1/2005 | Attorney-Client Priv. |
| PRIV NU 00452 - PRIV NU 00453 | Andrew Simmonds | Victor O'Laughlin, Barbara Leone | Email re: Recent letter from Schlesinger. | 12/1/2005 | Work Product Doctrine and Attorney-Client Priv. |
| PRIV NU 00454 | Barbara Leone | | Handwritten Fannie Mae meeting minutes (with counsel). | 11/11/2005 | Work Product Doctrine and Attorney-Client Priv. |
| PRIV NU 00457 - PRIV NU 00458 | Fred Dairman | File | Draft memo re: FNMA's response to AIG's coverage position. | Undated | Work Product Doctrine |
| PRIV NU 00459 | Andrew Simmonds | Barbara Leone, David Bergenfeld cc: Michael Mulvey, Fred Dairman | Email re: letter on Fannie Mae. | 12/7/2005 | Work Product Doctrine and Attorney-Client Priv. |
| PRIV NU 00460 | David Bergenfeld | Barbara Leone | Email re: responding to Fannie Mae. | 12/12/2005 | Work Product Doctrine |
| PRIV NU 00478 - PRIV NU 00479 | Barbara Leone | Andrew Simmonds, Michele Fenice | Email re: fee sharing. | 12/12/2005 | Work Product Doctrine, Attorney-Client Priv. and Joint Interest |
| PRIV NU 00480 - PRIV NU 00484 | David Bergenfeld | James Reynolds, Stewart Appelrouth cc: Barbara Leone | Email re: draft letter responding to M. Schlesinger letter. | 12/12/2005 | Work Product Doctrine and Attorney-Client Priv. |
| PRIV NU 00487 - PRIV NU 00492 | David Bergenfeld | Barbara Leone cc: Andrew Simmonds, Victor O'Laughlin | Email re: analysis of draft letter responding to Fannie Mae. | 12/13/2005 | Work Product Doctrine and Attorney-Client Priv. |

8

| Bates Number | From | To | National Union Document Description | Date of Document | Privilege(s) |
|---|---|---|---|---|---|
| PRIV NU 00494 - PRIV NU 00495 | Barbara Leone | Stewart Appelrouth cc: Michele Fenice, Fred Dairman, Andrew Simmonds, David Bergenfeld | Email forwarding copy of memo describing required analysis. | 12/14/2005 | Work Product Doctrine and Joint Defense |
| PRIV NU 00496 | Stewart Appelrouth | Barbara Leone | Email re: Fannie Mae analysis. | 12/14/2005 | Work Product Doctrine |
| PRIV NU 00498 - PRIV NU 00501 | Barbara Leone | Andrew Simmonds, David Bergenfeld | Email attaching draft letter re: Fannie Mae claim. | 12/14/2005 | Work Product Doctrine and Attorney-Client Priv. |
| PRIV NU 00502 | Greg Flood | Andrew Simmonds, Greg Flood cc: Kenneth Sagat, Joseph Perry, Barbara Leone | Email re: Fannie Mae letter. | 12/16/2005 | Work Product Doctrine and Attorney-Client Priv. |
| PRIV NU 00503 - PRIV NU 00507 | Andrew Simmonds | Joseph Perry, Barbara Leone, Michael Mulvey, Bronce Breazeale cc: Kenneth Sagat | Email re: Fannie Mae letter, letter attached. | 12/16/2005 | Work Product Doctrine and Attorney-Client Priv. |
| PRIV NU 00509 - PRIV NU 00510 | Barbara Leone | Joseph Perry | Email re: status of coverage evaluation Fannie Mae letter. | 12/16/2005 | Work Product Doctrine and Attorney-Client Priv. |
| PRIV NU 00543 | Michael Mulvey | Andrew Simmonds, Michael Mulvey, Barbara Leone cc: David Bergenfeld | Email re: Fannie Mae letter. | 12/20/2005 | Work Product Doctrine and Attorney-Client Priv. |
| PRIV NU 00544 | David Bergenfeld | Michael Mulvey, Andrew Simmonds, Barbara Leone | Email re: Fannie Mae letter. | 12/20/2005 | Work Product Doctrine and Attorney-Client Priv. |
| PRIV NU 00546 | Fred Dairman | Stewart Appelrouth cc: Barbara Leone | Email re: development of Fannie Mae borrower database. | 12/21/2005 | Work Product Doctrine |
| PRIV NU 00550 - PRIV NU 00554 | Andrew Simmonds | Joseph Perry, Barbara Leone, Michael Mulvey | Draft letter re: Fannie Mae claim | Undated | Work Product Doctrine and Attorney-Client Priv. |

| Bates Number | From | To | National Union Document Description | Date of Document | Privilege(s) |
|---|---|---|---|---|---|
| PRIV NU 00562 | Joseph Perry | Barbara Leone | Handwritten notes re: Fannie Mae recovery questions for counsel. | 4/20/2005 | Work Product Doctrine and Attorney-Client Priv. |
| PRIV NU 1111 - PRIV NU 1112 | Tony Daskalakis | File | Claims Digest for FNMA suit | Various | Work Product Doctrine and Attorney-Client Priv. |
| PRIV NU 1113 - PRIV NU 1114 | Wade Woodson (Transatlantic Re) | David Piriano (AIG) | Correspondence regarding initial report. | 8/23/2005 | Work Product Doctrine, Common Interest |
| PRIV NU 1116 | David Piriano | Kathleen Dendy (AON) | Email regarding reinsurance advice. | 8/17/2005 | Work Product Doctrine, Common Interest |
| PRIV NU 1117 | David Piriano | R. Rosen (Transatlantic Re) | Email regarding reinsurance advice. | 8/17/2005 | Work Product Doctrine, Common Interest |
| PRIV NU 1118 | Barbara Leone | David Piriano | Email regarding litigation update. | 8/15/2005 | Work Product Doctrine, Common Interest |
| PRIV NU 1158 - PRIV NU 1159 | Mindy Potashkin | CCA-Division 47 | Reinsurance Advice including status update, attorney analysis, and reserve information. | Various | Work Product Doctrine, Common Interest |
| PRIV NU 1160 - PRIV NU 1161 | Mindy Potashkin | Transatlantic Reinsurance Company | Reinsurance Advice including status update, attorney analysis, and reserve information. | Various | Work Product Doctrine, Common Interest |
| PRIV NU 1162 - PRIV NU 1164 | Mindy Potashkin | AON Re Inc. | Reinsurance Advice including status update, attorney analysis, and reserve information. | Various | Work Product Doctrine, Common Interest |
| PRIV NU 1165 - PRIV NU 1166 | Mindy Potashkin | CCA-Division 47 | Reinsurance Advice including status update, attorney analysis, and reserve information. | Various | Work Product Doctrine, Common Interest |
| PRIV NU 1167 - PRIV NU 1168 | Mindy Potashkin | Transatlantic Reinsurance Co. | Reinsurance Advice including status update, attorney analysis, and reserve information. | Various | Work Product Doctrine, Common Interest |

303517.v1

| Bates Number | From | To | National Union Document Description | Date of Document | Privilege(s) |
|---|---|---|---|---|---|
| PRIV NU 1169 - PRIV NU 1171 | Mindy Potashkin | AON Re Inc. | Reinsurance Advice including status update, attorney analysis, and reserve information. | Various | Work Product Doctrine, Common Interest |
| PRIV NU 1172 - PRIV NU 1173 | Mindy Potashkin | Transatlantic Reinsurance Company | Reinsurance Advice including status update, attorney analysis, and reserve information. | Various | Work Product Doctrine, Common Interest |
| PRIV NU 1174 - PRIV NU 1175 | Mindy Potashkin | CCA-Division 47 | Reinsurance Advice including status update, attorney analysis, and reserve information. | Various | Work Product Doctrine, Common Interest |
| PRIV NU 1176 - PRIV NU 1177 | Mindy Potashkin | AON Re Inc. | Reinsurance Advice including status update, attorney analysis, and reserve information. | Various | Work Product Doctrine, Common Interest |
| PRIV NU 1178 - PRIV NU 1180 | Fred Dairman | Andrew Simmonds | Memo prepared at request of counsel and in anticipation of litigation re: analysis of Fannie Mae coverage arguments. | 12/2005 | Attorney-Client Priv. and Work Product Doctrine |
| PRIV NU 1181 - PRIV NU 1228 | Andrew Simmonds | Fred Dairman | Email correspondence re: analysis of Fannie Mae claim and supporting materials. | 11/30/2005 | Attorney-Client Priv. and Work Product Doctrine |
| PRIV NU 01251 - PRIV NU 01265 | Fred Dairman | File | Handwritten analysis re: Fannie Mae Updated Proof of Loss | 12/21/2005 | Work Product Doctrine |
| PRIV NU 01368 - PRIV NU 1373 | Fred Dairman | File | Handwritten analysis of Olympia Annual Financial Statements | 12/2005 - 1/2006 | Work Product Doctrine |
| PRIV NU 01475 - PRIV NU 01497 | Fred Dairman | File | Spreadsheet and supporting documentation re: analysis of Olympia Mortgage servicing portfolio. | 12/2005 - 1/2006 | Work Product Doctrine |
| PRIV NU 01710 | Barbara Leone | Stewart Appelrouth cc: Fred Dairman | Communication re: fee sharing agreement. | 9/14/2005 | Work Product Doctrine and Joint Defense |
| PRIV NU 01718 - PRIV NU 01724 | D'Amato & Lynch | Barbara Leone, Joseph Perry, AIG | Draft letter legal analysis of coverage issues. | 9/9/2005 | Work Product Doctrine and Attorney-Client Communication |

11

| Bates Number | From | To | National Union Document Description | Date of Document | Privilege(s) |
|---|---|---|---|---|---|
| PRIV NU 01727 - PRIV NU 01729 | Barbara Leone | Joseph Perry, Andrew Simmonds cc: Michael Mulvey, Fred Dairman, David Bergenfeld, Bronce Breazeale | Email re: Fannie Mae request to share recovery costs and meetings to discuss claim | 9/9/2005 | Work Product Doctrine and Attorney-Client Communication |
| PRIV NU 01730 - PRIV NU 01731 | Andrew Simmonds | Barbara Leone, Fred Dairman, David Bergenfeld | Email with redactions re: draft non-accountant engagement letter. | 9/9/2005 | Work Product Doctrine and Attorney-Client Communication |
| PRIV NU 01732 - PRIV NU 01733 | Barbara Leone | Andrew Simmonds cc: Fred Dairman, David Bergenfeld | Email re: edits to draft non accountant engagement letter. | 9/8/2005 | Work Product Doctrine and Attorney-Client Communication |
| PRIV NU 01765 | Barbara Leone | David Bergenfeld cc: Fred Dairman | Email re: materials from receiver. | 8/18/2005 | Work Product Doctrine and Attorney-Client Priv. |
| PRIV NU 01770 - PRIV NU 01773 | Andrew Simmonds | Fred Dairman | Draft information requests with handwritten notes by Dairman. | 8/10/2005 | Work Product Doctrine and Attorney-Client Priv. |
| PRIV NU 01778 - PRIV NU 01780 | Fred Dairman | Joseph Perry | Email with redactions of attorney analysis re: expert recommendation with handwritten notes. | 8/9/2005 | Work Product Doctrine |
| PRIV NU 01785 - PRIV NU 01786 | Barbara Leone | David Bergenfeld, James Reynolds cc: Fred Dairman, Andrew Simmonds | Email forwarding analysis and copy of Reed Smith letter re: Reynolds Group. | 8/9/2005 | Work Product Doctrine and Attorney-Client Priv. |
| PRIV NU 01790 | Andrew Simmonds | Barbara Leone, Michael Mulvey, Fred Dairman cc: Stewart Appelrouth | Email re: draft document request to Fannie Mae, including handwritten notes. | 7/20/2005 | Attorney-Client Priv. |

303517.v1

| Bates Number | From | To | National Union Document Description | Date of Document | Privilege(s) |
|---|---|---|---|---|---|
| PRIV NU 01791 - PRIV NU 01792 | Mark Wolin | David Bergenfeld, G. Pomerantz, Michael Mulvey, Fred Dairman cc: Andrew Simmonds | Email re: conference call regarding Olympia related claims. | 7/15/2005 | Attorney-Client Priv. |
| PRIV NU 01793 | David Bergenfeld | Fred Dairman | Email re: contact information. | 7/14/2005 | Attorney-Client Priv. |
| PRIV NU 01794 - PRIV NU 01796 | Joseph Perry | Andrew Simmonds, Mark Wolin, Michael Mulvey, Barbara Leone cc: David Bergenfeld, Fred Dairman | Email re: meeting with receiver and Olympia investigation. | 1/19/2005 | Attorney-Client Communication |
| PRIV NU 01797 - PRIV NU 01798 | Fred Dairman | | Contact sheet including counsel for Fannie Mae litigation. | 2/5/2006 | Work Product Doctrine |
| PRIV NU 01852 - PRIV NU 01853 | James Reynolds | Andrew Simmonds, Barbara Leone, Fred Dairman, Michele Fenice | Email analysis re: Fannie Mae updated proof of loss. | 12/29/2005 | Work Product Doctrine |
| PRIV NU 01855 - PRIV NU 01856 | Barbara Leone | Stewart Appelrouth, Fred Dairman, Michele Fenice | Email re: Fannie Mae claim. | 12/14/2005 | Work Product Doctrine and Joint Defense Privilege |
| PRIV NU 01857 - PRIV NU 01858 | Barbara Leone | Stewart Appelrouth cc: Michele Fenice, Fred Dairman, Andrew Simmonds, David Bergenfeld | Email attaching analysis of Fannie Mae claim. | 12/14/2005 | Attorney-Client Priv., Work Product Doctrine and Joint Defense Privilege |
| PRIV NU 01859 - PRIV NU 01865 | Barbara Leone | Fred Dairman, David Bergenfeld, Andrew Simmonds, Vic O'Laughlin | Email re: draft letter to Fannie Mae with handwritten notes. | 12/13/2005 | Attorney-Client Priv. and Work Product Doctrine |
| PRIV NU 01866 - PRIV NU 01871 | Barbara Leone | Fred Dairman, David Bergenfeld, Andrew Simmonds, Ken Sagat, Michael Mulvey | Email re: Draft letter to Fannie Mae with handwritten notes. | 12/9/2005 | Attorney-Client Priv. and Work Product Doctrine |

303517.v1

13

| Bates Number | From | To | National Union Document Description | Date of Document | Privilege(s) |
|---|---|---|---|---|---|
| PRIV NU 01885 | Barbara Leone | David Bergenfeld, Fred Dairman cc: Andrew Simmonds | Email re: Fannie Mae teleconference, documents taken by Fannie Mae from Olympia. | 11/17/2005 | Work Product Doctrine and Attorney Client Communication |
| PRIV NU 01887 - PRIV NU 01895 | David Bergenfeld | Barbara Leone, Michael Mulvey, Fred Dairman cc: Andrew Simmonds | Email coverage analysis of Fannie Mae claim with handwritten notes. | 11/10/2005 | Work Product Doctrine and Attorney Client Communication |
| PRIV NU 01897 - PRIV NU 01899 | Barbara Leone | Joseph Perry cc: Bronce Breazeale, Michael Mulvey, Fred Dairman, Andrew Simmonds, David Bergenfeld | Email re: analysis of Fannie Mae loan files, interest payments by Olympia. | 11/2/2005 | Work Product Doctrine and Attorney Client Communication |
| PRIV NU 01900 - PRIV NU 01901 | Barbara Leone | Joseph Perry cc: Bronce Breazeale, Michael Mulvey, Fred Dairman, Andrew Simmonds, David Bergenfeld | Email re: analysis of Fannie Mae loan files, interest payments by Olympia. | 11/2/2005 | Work Product Doctrine and Attorney Client Communication |
| PRIV NU 01902 - PRIV NU 01904 | David Bergenfeld | | Email attaching DRAFT letter from Andrew Simmonds to Michael Johnson, Esq. of Alston & Bird re: meeting with receiver. | 11/17/2005 | Attorney-Client Priv. and Work Product Doctrine |
| PRIV NU 01905 | Barbara Leone | Joseph Perry, Michael Mulvey cc: Bronce Breazeale, Fred Dairman | Email re: contact with Fannie Mae regarding document requests and status of claim. | 10/7/2005 | Attorney Client Communication and Work Product Doctrine |
| PRIV NU 01906 - PRIV NU01909 | Fred Dairman | David Bergenfeld | Fax re: assignment in Fannie Mae loan file. | 10/6/2005 | Work Product Doctrine and Attorney Client Communication |

14

303517.v1

| Bates Number | From | To | National Union Document Description | Date of Document | Privilege(s) |
|---|---|---|---|---|---|
| PRIV NU 01912 | Barbara Leone | Fred Dairman, Andrew Simmonds cc: David Bergenfeld | Email re: incomplete documentation from Fannie Mae | 9/30/2005 | Attorney Client Communication and Work Product Doctrine |
| PRIV NU 01934 - PRIV NU 01938 | Fred Dairman | File | Draft schedule of document and information requests | 9/14/2005 | Work Product Doctrine |
| PRIV NU 01941 - PRIV NU 01945 | Andrew Simmonds, David Bergenfeld | Barbara Leone, Fred Dairman | Draft response to Fannie Mae 11/29/2005 letter discussing coverage for claim. | 12/2005 | Attorney-Client Priv. and Work Product Doctrine |
| PRIV NU 01946 - PRIV NU 01947 | Fred Dairman | Andrew Simmonds | Draft memo outlining analysis of Fannie Mae Nov. 29, 2005 letter discussing coverage for claim. | 12/2005 | Attorney-Client Priv. and Work Product Doctrine |
| PRIV NU 01948 - PRIV NU 01956 | Fred Dairman | David Bergenfeld, Andrew Simmonds, Barbara Leone | Various drafts of document and information requests. | 11/16/2005, and related | Attorney-Client Priv. and Work Product Doctrine |
| PRIV NU 01972 - PRIV NU 01974 | D'Amato & Lynch | National Union | Draft memo regarding coverage issues of Fannie Mae claim to be evaluated. | 9/22/2005 | Attorney-Client Priv. and Work Product Doctrine |
| PRIV NU 01975 - PRIV NU 01976 | D'Amato & Lynch | Fred Dairman | Draft request for documentation and information. | 9/2005 | Attorney-Client Priv. and Work Product Doctrine |
| PRIV NU 01977 - PRIV NU 01981 | D'Amato & Lynch | National Union | Draft memo regarding coverage position of Fannie Mae for National Union claim. | 11/1/2005 | Attorney-Client Priv. and Work Product Doctrine |
| PRIV NU 01982 - PRIV NU 01984 | National Union, Fidelity Bond Claims | File | Fidelity Bond Claim Digest for Fannie Mae Claim | 11/1/2004 - 7/6/2005 | Attorney-Client Priv. and Work Product Doctrine |
| PRIV NU 01985 - PRIV NU 01986 | National Union, Fidelity Bond Claims | File | Fidelity Bond Claim Digest for Fannie Mae Claim | 11/1/2004 - 12/2004 | Attorney-Client Priv. and Work Product Doctrine |

| Bates Number | From | To | National Union Document Description | Date of Document | Privilege(s) |
|---|---|---|---|---|---|
| PRIV NU 01988 - 02014; PRIV NU 02015 - 02061 | Fred Dairman | File | Notes re: analysis performed at request of counsel of loan files, credit reports, and other Fannie Mae materials and indicating questions for and advise of counsel. | 9/2005 - 1/2006 | Attorney-Client Priv. and Work Product Doctrine |
| PRIV NU 02411 | Fred Dairman | File | Handwritten notes re: analysis of Fannie Mae claim including advise of counsel. | 12/6/2005 | Work Product Doctrine and Attorney-Client Priv. |
| PRIV NU 02412 - 02415 | Fred Dairman | File | Handwritten notes re: meeting with counsel for analysis of Fannie Mae claim (including advice of counsel). | 11/21/2005 | Work Product Doctrine, Attorney-Client Priv., and Joint Defense |
| PRIV NU 02416 - 02417 | Fred Dairman | File | Handwritten notes re: meeting counsel for analysis Fannie Mae claim (redaction of advice of counsel). | 11/15/2005 | Attorney-Client Priv. and Work Product Doctrine |
| PRIV NU 02421 | Fred Dairman | File | Handwritten notes from conference with attorneys and O'Laughlin regarding Fannie Mae claim. | 11/3/2005 | Work Product Doctrine and Attorney-Client Priv. |
| PRIV NU 02427 - 02428 | Fred Dairman | File | Handwritten notes from conference with attorneys and consultant regarding analysis of Fannie Mae claim with redactions of attorney analysis. | 9/29/2005 | Attorney-Client Priv. and Work Product Doctrine |
| PRIV NU 02434 - 02436 | Fred Dairman | File | Handwritten notes from conference with attorneys regarding analysis of Fannie Mae claim. | 9/22/2005 | Work Product Doctrine and Attorney-Client Priv. |
| PRIV NU 02437 | Fred Dairman | File | Handwritten notes from conference with representatives of ACE regarding consultants and strategy for Fannie Mae claim. | 9/13/2005 | Work Product Doctrine and Joint Defense |

16

303517.v1

| Bates Number | From | To | National Union Document Description | Date of Document | Privilege(s) |
|---|---|---|---|---|---|
| PRIV NU 02439 - PRIV NU 02441 | Fred Dairman | File | Handwritten notes from conference with attorneys regarding analysis of Fannie Mae claim. | 8/5/2005 | Attorney-Client Priv. and Work Product Doctrine |
| PRIV NU 07710 - PRIV NU 07714 | Appelrouth, Farah & Co. | File | Table summary of credit reports. | 12/2005 | Work Product Doctrine |
| PRIV NU 07715 - PRIV NU 07738 | Appelrouth, Farah & Co., Fred Dairman | File | Spreadsheet analysis of FNMA claimed mortgage loans. | 11/2005 - 12/2005 | Work Product Doctrine |
| PRIV NU 07739 - PRIV NU 07742 | Fred Dairman | File | Handwritten notes regarding work performed by Appelrouth, Farah & Co. | 12/2005 - 1/2006 | Work Product Doctrine |
| PRIV NU 08878 | Barbara Leone | File | Note related to applicable reinsurance contracts. | 11/3/2004 | Relevance |
| PRIV NU 08885 | Barbara Leone | File | Note entry related to fee sharing arrangement for consultant. | 8/1/2005 | Joint Defense |
| PRIV NU 08886 | Barbara Leone | File | Note related to reserve request incorporating advice of counsel. | 8/11/2005 | Attorney-Client Priv. and Work Product Doctrine |
| PRIV NU 08887 | Barbara Leone | File | Note regarding sharing of consultant fees and meeting related to claim. | 9/8/2005 | Work Product Doctrine and Joint Defense |
| PRIV NU 08887 | Barbara Leone | File | Note regarding sharing of consultant fees. | 9/13/2005 | Work Product Doctrine and Joint Defense Privilege |
| PRIV NU 08887 | Barbara Leone | File | Note regarding sharing of consultant fees. | 9/15/2005 | Work Product Doctrine and Joint Defense Privilege |
| PRIV NU 08889 | Barbara Leone | File | Note from call with counsel and ACE regarding evaluation of coverage issues related to claim and strategy for resolution. | 10/4/2005 | Attorney-Client Priv., Work Product Doctrine, and Joint Defense Privilege |
| PRIV NU 08890 | Barbara Leone | File | Notes related to meeting with counsel re: legal advice on claim strategy and quantum. | 11/2/2005 | Attorney-Client Priv. and Work Product Doctrine |

| Bates Number | From | To | National Union Document Description | Date of Document | Privilege(s) |
|---|---|---|---|---|---|
| PRIV NU 08891 | Barbara Leone | File | Notes regarding reserve information. | 11/7/2005 | Attorney-Client Priv. and Work Product Doctrine |
| PRIV NU 08891 | Barbara Leone | File | Notes regarding reserve information and response to insured's settlement inquiry. | 11/8/2005 | Attorney-Client Priv. and Work Product Doctrine |
| PRIV NU 08892 | Barbara Leone | File | Notes related to meeting with counsel regarding coverage position and response to insured's settlement inquiry. | 11/14/2005 | Attorney-Client Priv. and Work Product Doctrine |
| PRIV NU 08892 | Barbara Leone | File | Notes related to meeting with counsel, consultants, and ACE re: claim and coverage analysis. | 11/22/2005 | Attorney-Client Priv., Work Product Doctrine and Joint Defense Privilege |

303517.v1