# ReedSmith

Reed Smith LLP
1301 K Street, N.W.
Suite 1100 - East Tower
Washington, D.C. 20005-3373
+1 202 414 9200
Fax +1 202 414 9299

**Jacqueline E. Bennett**
Direct Phone: +1 202 414 9287
Email: jbennett@reedsmith.com

June 3, 2008

**VIA ELECTRONIC MAIL AND FIRST CLASS MAIL**

Kevin Farrell, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
Colorado Building, Fifth Floor
1341 G Street, N.W.
Washington, DC 20005-3105

Re:  <u>Federal National Mortgage Association v. National Union Fire Insurance Company of Pittsburgh, PA, et al.</u>,
Case No. 05-cv-02462 (RMU)

Dear Kevin:

This is to confirm our discussions of last week regarding the National Union documents at issue in Fannie Mae's Motion to Compel. As we discussed, the documents listed on "Exhibit 1" to Fannie Mae's reply memorandum are those that we have identified as at issue. In addition to those, there are two other categories of documents at issue in Fannie Mae's Motion:

(1) Fannie Mae is seeking documents containing communications between National Union and its reinsurers regarding the Olympia Fraud Claim (with the limitation, as stated in the Motion, we are not seeking reserve amounts, or even the identity of the reinsurers). To the extent that such documents are not contained on "Exhibit 1" because we did not have enough information to be able to identify them as communications with reinsurers about the Claim, we ask that those documents be added to those listed on Exhibit 1.

(2) Fannie Mae also raised the issue in its Motion that there may be additional responsive documents in D'Amato & Lynch's files, which we understand were not included on the privilege log that National Union provided to us. This will reconfirm our position that such documents are at issue in Fannie Mae's Motion and that this issue is before the Court for resolution.

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C. ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

reedsmith.com

EXHIBIT 3

Kevin Farrell, Esq.
June 3, 2008
Page 2

ReedSmith

                                    Very truly yours,

                                    Jacqueline E. Bennett

cc:  Alan Joaquin, Esquire