UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

FEDERAL NATIONAL MORTGAGE ASSOCIATION,
      Plaintiff,
  v.

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,

and

ACE AMERICAN INSURANCE COMPANY,
      Defendants.

Civil Action No. 05-2462 (RMU/AK)

## MEMORANDUM ORDER

Pending before the Court is Defendant National Union's Motion to Compel Documents Withheld by Fannie Mae ("Motion") [filed under seal at 39], Plaintiff Federal National Mortgage Association's ("Fannie Mae") opposition to the Motion ("Opposition") [filed under seal at 50 ], and National Union's reply to the Opposition ("Reply") [filed under seal at 53]. Defendant's Motion requests that this Court compel the production of four categories of documents that are being withheld by Defendants on asserted grounds of privilege or protection, or claims that such documents are not relevant.[1]  This Court has reviewed the parties' pleadings and determined that it would be beneficial to perform an *in camera* review of the contested documents prior to ruling on

---

[1] National Union requests production of documents categorized as follows: 1) documents Fannie Mae shared with its insurance broker, Willis; 2) "Olympia Process Flow" and "Internal Control" documents; 3) notes of interviews with witnesses; and 4) similar claims materials. National Union initially requested production of a fifth category - "Mortgage Pool Insurance" documents but those documents are no longer contested.

the Motion.

Accordingly, it is this 17th day of July, 2008,

ORDERED that the Motion [41] is deferred until after this Court performs an *in camera* review of the contested documents to determine the applicability of Plaintiff's claims of privilege or protection, and allegations that certain documents are not relevant . Within two weeks from the date of this Memorandum Order, Plaintiff Fannie Mae shall provide the undersigned with a copy of all currently contested documents and a privilege log corresponding to the same. Duplicate copies of documents should be noted on the log. Plaintiff should further provide the undersigned with a brief identification of the parties referenced on the privilege log, consisting of their job title and employer, and indicating whether such party is an attorney.

_____/s/_____
ALAN KAY
UNITED STATES MAGISTRATE JUDGE